UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAMEER ANAND,<br><br>                      Movant,<br><br>      v.<br><br>JOANN LEDOUX,<br><br>                      Respondent. | 25-MC-298 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

      On July 11, 2025, Movant Sameer Anand filed a motion to quash a subpoena served by Respondent Joann Ledoux in connection with a lawsuit pending in the United States District Court for the Western District of Washington. ECF Nos. 1, 4. Based on a quick review of the motion papers, the Court is inclined to believe that the issues may be more appropriately decided by the judge presiding over the underlying matter and that transfer to the United States District Court for the Western District of Washington pursuant to Rule 45(f) of the Federal Rules of Civil Procedure would therefore be appropriate. **Movant and Respondent shall promptly confer and, no later than July 17, 2025, file a joint letter indicating whether they agree that such transfer would be appropriate.**

      Unless and until the Court orders otherwise, no later than **July 15, 2025**, Movants shall serve this Order and (unless already served) its motion papers, electronically and/or by overnight courier, on Respondent and file proof of such service on the docket. Unless and until the Court orders otherwise, any opposition to the motion shall be filed by **July 23, 2025**, and any reply shall be filed by **July 30, 2025**.

SO ORDERED.

Dated: July 14, 2025
       New York, New York

                                                                DALE E. HO
                                                    United States District Judge