IN THE U.S. DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAMEER ANAND,<br><br>　　　　　　Movant,<br><br>vs.<br><br>JOANN LEDOUX,<br><br>　　　　　　Respondent. | No. 1:25-mc-00298-DEH<br><br>**DECLARATION OF JOCELYN C. STEWART IN SUPPORT OF RESPONDENT'S OPPOSITION TO MOTION TO QUASH SUBPOENA AND MOTION FOR SANCTIONS** |

I, Jocelyn C. Stewart, am one of the attorneys representing the respondent in the above-captioned case, am over the age of eighteen (18), competent to testify, and make this Declaration regarding the facts and circumstances in this case.

1. Attached hereto as **Exhibit 1** is a true and correct copy of Exhibit 1.

2. Attached hereto as **Exhibit 2** is a true and correct copy of Exhibit 2.

3. Attached hereto as **Exhibit 3** is a true and correct copy of Exhibit 3.

4. Attached hereto as **Exhibit 4** is a true and correct copy of Exhibit 4.

5. Attached hereto as **Exhibit 5** is a true and correct copy of Exhibit 5.

6. Attached hereto as **Exhibit 6** is a true and correct copy of Exhibit 6.

7. Attached hereto as **Exhibit 7** is a true and correct copy of Exhibit 7.

8. Attached hereto as **Exhibit 8** is a true and correct copy of Exhibit 8.

DECLARATION OF JOCELYN C. STEWART IN
SUPPORT OF RESPONDENT'S OPPOSITION
TO MOTION TO QUASH - 1
No. 1:25-mc-00298-DEH

Law Office of Jocelyn C Stewart, Corp.
1201 Pacific Avenue, Ste 600
Tacoma, WA 98407
Phone: (253) 317-8494

9. Attached hereto as **Exhibit 9** is a true and correct copy of Exhibit 9.

10. Attached hereto as **Exhibit 10** is a true and correct copy of Exhibit 10.

11. Attached hereto as **Exhibit 11** is a true and correct copy of Exhibit 11.

12. Attached hereto as **Exhibit 12** is a true and correct copy of Exhibit 12.

13. Attached hereto as **Exhibit 13** is a true and correct copy of Exhibit 13.

14. Attached hereto as **Exhibit 14** is a true and correct copy of Exhibit 14.

15. Attached hereto as **Exhibit 15** is a true and correct copy of Exhibit 15.

16. Attached hereto as **Exhibit 16** is a true and correct copy of Exhibit 16.

17. Attached hereto as **Exhibit 17** is a true and correct copy of Exhibit 17.

18. Attached hereto as **Exhibit 18** is a true and correct copy of Exhibit 18.

19. Attached hereto as **Exhibit 19** is a true and correct copy of Exhibit 19.

20. Attached hereto as **Exhibit 20** is a true and correct copy of Exhibit 20.

21. Attached hereto as **Exhibit 21** is a true and correct copy of Exhibit 21.

22. Attached hereto as **Exhibit 22** is a true and correct copy of Exhibit 22.

23. Attached hereto as **Exhibit 23** is a true and correct copy of Exhibit 23.

24. Attached hereto as **Exhibit 24** is a true and correct copy of Exhibit 24.

25. Attached hereto as **Exhibit 25** is a true and correct copy of Exhibit 25.

26. Attached hereto as **Exhibit 26** is a true and correct copy of Exhibit 26.

27. Attached hereto as **Exhibit 27** is a true and correct copy of Exhibit 27.

28. Attached hereto as **Exhibit 28** is a true and correct copy of Exhibit 28.

29. Attached hereto as **Exhibit 29** is a true and correct copy of Exhibit 29.

30. Attached hereto as **Exhibit 30** is a true and correct copy of Exhibit 30.

31. Attached hereto as **Exhibit 31** is a true and correct copy of Exhibit 31.

DECLARATION OF JOCELYN C. STEWART IN SUPPORT OF RESPONDENT'S OPPOSITION TO MOTION TO QUASH - 2
No. 1:25-mc-00298-DEH

**Law Office of Jocelyn C Stewart, Corp.**
1201 Pacific Avenue, Ste 600
Tacoma, WA 98407
Phone: (253) 317-8494

32. Attached hereto as **Exhibit 32** is a true and correct copy of Exhibit 32.

33. Attached hereto as **Exhibit 33** is a true and correct copy of Exhibit 33.

34. Attached hereto as **Exhibit 34** is a true and correct copy of Exhibit 34.

35. Attached hereto as **Exhibit 35** is a true and correct copy of Exhibit 35.

36. Attached hereto as **Exhibit 36** is a true and correct copy of Exhibit 36.

37. Attached hereto as **Exhibit 37** is a true and correct copy of Exhibit 37.

38. Attached hereto as **Exhibit 38** is a true and correct copy of Exhibit 38.

39. Attached hereto as **Exhibit 39** is a true and correct copy of Exhibit 39.

40. Attached hereto as **Exhibit 40** is a true and correct copy of Exhibit 40.

41. Attached hereto as **Exhibit 41** is a true and correct copy of Exhibit 41.

42. Attached hereto as **Exhibit 42** is a true and correct copy of Exhibit 42.

43. Attached hereto as **Exhibit 43** is a true and correct copy of Exhibit 43

44. Attached hereto as **Exhibit 44** is a true and correct copy of Exhibit 44.

45. Attached hereto as **Exhibit 45** is a true and correct copy of Exhibit 45.

46. Attached hereto as **Exhibit 46** is a true and correct copy of Exhibit 46.

47. Attached hereto as **Exhibit 47** is a true and correct copy of Exhibit 47.

48. Attached hereto as **Exhibit 48** is a true and correct copy of Exhibit 48.

49. Attached hereto as **Exhibit 49** is a true and correct copy of Exhibit 49.

50. Attached hereto as **Exhibit 50** is a true and correct copy of Exhibit 50.

51. Attached hereto as **Exhibit 51** is a true and correct copy of Exhibit 51.

52. Attached hereto as **Exhibit 52** is a true and correct copy of Exhibit 52.

53. Attached hereto as **Exhibit 53** is a true and correct copy of Exhibit 53.

54. Attached hereto as **Exhibit 54** is a true and correct copy of Exhibit 54.

DECLARATION OF JOCELYN C. STEWART IN SUPPORT OF RESPONDENT'S OPPOSITION TO MOTION TO QUASH - 3
No. 1:25-mc-00298-DEH

**Law Office of Jocelyn C Stewart, Corp.**
1201 Pacific Avenue, Ste 600
Tacoma, WA 98407
Phone: (253) 317-8494

55. Attached hereto as **Exhibit 55** is a true and correct copy of Exhibit 55.

56. Attached hereto as **Exhibit 56** is a true and correct copy of Exhibit 56.

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Dated this 23rd day of July, 2025.

/s/ Jocelyn C. Stewart
Jocelyn C. Stewart

DECLARATION OF JOCELYN C. STEWART IN SUPPORT OF RESPONDENT'S OPPOSITION TO MOTION TO QUASH - 4
No. 1:25-mc-00298-DEH

**Law Office of Jocelyn C Stewart, Corp.**
1201 Pacific Avenue, Ste 600
Tacoma, WA 98407
Phone: (253) 317-8494