# EXHIBIT 2

Hon. Tiffany M. Cartwright

1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT
            FOR THE WESTERN DISTRICT OF WASHINGTON
9                            AT SEATTLE

10   JOANN LEDOUX, a single woman.
                                                  No. 3:24-cv-05808-TMC
11              Plaintiffs,
                                                  AFFIDAVIT OF DANIEL FREED
12         v.

13   OUTLIERS, INC. (d/b/a THESIS,
     THESIS NOOTROPICS, FIND MY
14   FORMULA, and FORMULA), a
     Delaware Corporation; DANIEL FREED,
15   individually; MATT RUBIN,
     individually; BRAND
16   NUTRACEUTICALS, INC. (d/b/a
     BRAND NUTRA), a New York
17   Corporation; BRAND PACKAGING
     GROUP, INC. (d/b/a BRAND
18   NUTRACEUTICALS), a New York
     Corporation; and John and Jane Does 1-5.
19   Defendants.

20              Defendants.

21

22   TO:        CLERK OF COURT

23   AND TO:    PLAINTIFF AND HER COUNSEL OF RECORD

24   STATE OF NEW YORK
     COUNTY OF NEW YORK
25

26

Affidavit of Daniel Freed – Page 1            Stuart N. Kaplan, P.A.
Case No: 3:24-cv-0508                         3399 PGA Blvd., Suite 150
                                              Palm Beach Gardens, FL 33410
                                              (561) 296-7900

1    BEFORE ME, personally appeared DANIEL FREED, who after first being duly

2  sworn, deposes and says:

3    1.    That affiant is over eighteen years of age, a resident of the State of New

4  York and otherwise sui juris.

5    2.    That all of the facts attested hereto are based upon personal knowledge,

6  not information or belief, unless stated otherwise.

7    3.    That affiant is competent to testify to the matters (facts) herein in his

8  capacity as the Chief Executive Officer and Co-Founder of Outliers, Inc. (THESIS,

9  THESIS NOOTROPICS, FIND MY FORMULA, and FORMULA), a Delaware Corporation

10  identified as a named Defendant in the above entitled action, filed in the U.S. District Court,

11  Western District of Washington by JOANN LEDOUX, a single woman and affiant reviewed

12  the entire complaint with exhibits, and offers this affidavit based upon her personal

13  knowledge of:

14    a.    JOANN LEDOUX'S ordering history, address, transactional emails

15  with the Defendant, OUTLIERS, INC., to include JOANN LEDOUX'S on-boarding process

16  with Find My Formula, n/k/a OUTLIERS, INC., d/b/a Thesis in March, 2021 (Shopify

17  records), CartHook checkout records and checkout process, upon which MS. LEDOUX

18  placing on March 18, 2021 her order to produce the products identified in the complaint;

19    b.    On the CartHook checkout there was a checkbox conspicuously placed

20  directly above the checkout button that stated something to the effect of "I have read and

21  agree to the Terms and Conditions and Medical Disclaimer." Both the Terms and Conditions

22  and the Medical Disclaimer were linked. It was not possible to purchase the

Affidavit of Daniel Freed – Page 2
Case No: 3:24-cv-0508

Stuart N. Kaplan, P.A.
3399 PGA Blvd., Suite 150
Palm Beach Gardens, FL 33410
(561) 296-7900

product if the checkbox was not checked; and

      c.    The consumer, User Terms and Conditions required by any consumer, customer before ordering a product from Find My Formula, n/k/a OUTLIERS, INC., d/b/a Thesis which Terms and Conditions constitutes a binding written agreement between Find My Formula OUTLIERS, INC., d/b/a Thesis and the consumer, customer in this case JOANN LEDOUX. (Attached as Exhibit "A" to this affidavit) is true, genuine and authentic copy of the Terms and Conditions executed by JOANN LEDOUX on or about March 18, 2021 and Medical Disclaimer (attached as Exhibit "B") all upon or near the time of her on boarding process with Find My Formula, n/k/a OUTLIERS, INC., d/b/a Thesis).

      4.    That affiant further asserts the attached Exhibit "A" is kept in the ordinary course of business, by affiant, or the business record custodian, and kept in the file, without alteration of JOANN LEDOUX from March 18, 2021 through present. This Exhibit was made at or near the time MS. LEDOUX contracted with Find My Formula, n/k/a OUTLIERS, INC., d/b/a Thesis on March 18, 2021, it was the regular practice of Find My Formula, n/k/a OUTLIERS, INC., d/b/a Thesis to record the information set forth in the attached Exhibits "A", "B" and "C", affiant is familiar with the records and the circumstances under which they were made and the record(s) have been kept in a safe place, without alternation, to wit: in the JOANN LEDOUX customer, consumer file through present.

      5.    That affiant asserts page 6 of the "Terms and Conditions" states:

      "DISPUTE RESOLUTION AND CHOICE OF LAW"

      "Any controversy or claim arising out of or relating to this contract, or the breach thereof, shall be settled by binding arbitration administered by the American Arbitration Association in accordance with its Commercial

Affidavit of Daniel Freed – Page 3
Case No: 3:24-cv-0508

Stuart N. Kaplan, P.A.
3399 PGA Blvd., Suite 150
Palm Beach Gardens, FL 33410
(561) 296-7900

Arbitration Rules. The arbitration hearing shall take place in the Southern District of New York, before a single arbitrator. Judgment on the award rendered by the arbitrator may be entered in any court having jurisdiction thereof.

Further, you agree that any issue or dispute arising out of or in connection with your use of our site, intellectual property, the Terms, or any matter concerning Company shall be governed by the laws of the United States and the State of New York with venue in the Southern District of New York. If any provision of the Terms is found to be invalid by any court having competent jurisdiction, the invalidity of such provision shall not affect the validity of the remaining provisions of the Terms, which shall remain in full force and effect.

By using the site, you agree to comply with all applicable laws and regulations of the United States. The material provided on the site is protected by law including, but not limited to, United States copyright and trademark law and international treaties. Company makes no representation that materials contained in the site are appropriate or available for use in other locations and access to them from territories where their contents are illegal is prohibited. Those who choose to access the Services or site from other locations outside the United States do so at their own initiative and are responsible for compliance with applicable Local laws."

6.   Affiant further notes on page 1 states:

"ACCEPTANCE OF TERMS AND CONDITIONS"

"By making any use of our Websites ("Website" or "sites"), Services, and any purchase from us, you expressly agree to the terms contained herein.

You consent and agree that your use of a keypad, mouse or other device to select an item, button, icon, checkbox, to enter text, or to perform a similar act/action, while using our sites, for the purpose of accessing or making any transactions regarding any agreement, acknowledgment, consent, terms, disclosures or conditions, constitutes your signature, including without limitation of the United States Electronic Signatures in Global and National Commerce Act, P.L. 106-229 (the "E-Sign Act") acceptance and agreement as if actually signed by you in writing. Be advised that all activity and IP

Stuart N. Kaplan, P.A.
3399 PGA Blvd., Suite 150
Palm Beach Gardens, FL 33410
(561) 296-7900

address information may be monitored. The right to use any product or service you purchase from us is personal to you and is not transferable to any other person or entity."

7.      Affiant asserts JOANN LEDOUX agreed to all the Terms and Conditions with Find My Formula, k/n/a OUTLIERS, INC., d/b/a Thesis which represents a binding agreement between Find My Formula, n/k/a OUTLIERS, INC., d/b/a Thesis and its affiliated entities and JOANN LEDOUX, the customer.

8.      Affiant attaches as Exhibit "C"another record in the JOANN LEDOUX customer file kept by Find My Formula, n/k/a OUTLIERS, INC., d/b/a Thesis reflecting her order product history with Find My Formula, n/k/a OUTLIERS, INC., d/b/a Thesis.

FURTHER AFFIANT SAYETH NAUGHT

DANIEL FREED

SWORN TO and subscribed before me this 12 day of November, 2024, by DANIEL FREED.

Notary Public

Edith C. Roja

(Print Name)
Commission No. EDITH C ROJAS
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01-RO6200821
Qualified in New York County
Certificate on File in Kings County
Commission Expires February 09, 2025

Personally Known ✓ OR Produced
Identification DL California D2297242
Type of Identification DRiver license

DATED: November 13, 2024.

THE LAW OFFICES OF STUART N. KAPLAN, P.A.
PGA Financial Plaza
3399 PGA Boulevard, Suite 150
Palm Beach Gardens, Florida 33410
Telephone: (561) 296-7900

Affidavit of Daniel Freed – Page 5
Case No: 3:24-cv-0508

Stuart N. Kaplan, P.A.
3399 PGA Blvd., Suite 150
Palm Beach Gardens, FL 33410
(561) 296-7900

Facsimile:  (561) 296-7919
By: /s/ *Stuart N. Kaplan*
STUART N. KAPLAN, ESQUIRE
Florida Bar No.:647934
Email: skaplan@stuartnkaplanpa.com
Secondary Email:
rbailey@stuartnkaplanpa.com
*Attorneys for Defendants Outliers, Inc.,*
*Daniel Freed, and Matt Rubin*

## CERTIFICATE OF SERVICE

I hereby certify that on this date I caused true and correct copies of the foregoing document to be served upon the following, at the addresses stated below, via the method of service indicated.

**LAW OFFICE OF JOCELYN C STEWART, CORP.**

| | |
|---|---|
| Jocelyn C. Stewart | ☐ E-mail |
| 1201 Pacific Avenue, Suite 600 | ☐ U.S. Mail |
| Tacoma, Washington 98407 | ☒ E-filing |
| jocelyn@ucmj-defender.com | |

**MCTLAW**

| | |
|---|---|
| Talis M. Abolins | ☐ E-mail |
| Michael J. Cowgill | ☐ U.S. Mail |
| 1325 4th Avenue, Suite 1730 | ☒ E-filing |
| Seattle, Washington 98101 | |
| tabolins@mctlawyers.com | |
| mcowgill@mctlawyers.com | |

*Attorneys for Plaintiff*

Dated this 13ᵗʰ day of November, 2024 in Seattle, Washington.

/s/ *Rosemary Bailey*
Rosemary Bailey
Paralegal

Affidavit of Daniel Freed – Page 6
Case No: 3:24-cv-0508

Stuart N. Kaplan, P.A.
3399 PGA Blvd., Suite 150
Palm Beach Gardens, FL 33410
(561) 296-7900

EXHIBIT "A"

The Wayback Machine - https://web.archive.org/web/20210622045132/https://www.findmyformula.com/terms

# Terms and Conditions

## CAREFULLY READ THESE TERMS & CONDITIONS BEFORE ORDERING

# INTRODUCTION

These Terms and Conditions ("Agreement" or "Terms") constitute a binding written agreement between OUTLIERS INC., and its affiliated entities (collectively "Company," "we," "us," or "our") and you ("you" or "Customer"). To make these Terms easier to read, the services offered by the Website are collectively called "Services."

This Website is operated by the Company. PLEASE READ THIS AGREEMENT CAREFULLY BEFORE USING THIS WEBSITE. THESE TERMS OF USE DESCRIBE YOUR LEGAL RIGHTS AND RESPONSIBILITIES, AND BY ACCESSING OR USING THE WEBSITE OR SERVICE, YOU ACCEPT AND AGREE TO BE BOUND AND ABIDE BY THIS AGREEMENT. THESE TERMS FORM A LEGAL AGREEMENT BETWEEN YOU AND US REGARDING YOUR USE OF THE SITE ALONG WITH THE RELATED SERVICES, FEATURES, CONTENT, AND OFFERS PROVIDED ON THE WEBSITE. THESE TERMS ALSO INCLUDE A MANDATORY ARBITRATION CLAUSE. IF YOU ARE NOT WILLING TO BE BOUND BY THESE TERMS, INCLUDING THE DISCLAIMERS, YOU MAY NOT ACCESS OR USE THIS WEBSITE. IF YOU DO NOT UNDERSTAND AND AGREE TO ALL OF THESE TERMS, OR ARE UNDER EIGHTEEN (18) YEARS OF AGE, YOU SHOULD CEASE ALL USE OF OUR SITES AND LOGOFF IMMEDIATELY. Your use of this Website, purchase or use of any of our products constitutes your agreement to these Terms and Conditions.

## ACCEPTANCE OF TERMS AND CONDITIONS

By making any use of our Websites ("Website" or "sites"), Services, and any purchase from us, you expressly agree to the terms contained herein.

You consent and agree that your use of a keypad, mouse or other device to select an item, button, icon, checkbox, to enter text, or to perform a similar act/action, while using our sites, for the purpose of accessing or making any transactions regarding any agreement, acknowledgment, consent, terms, disclosures or conditions, constitutes your signature, including without limitation of the United States Electronic Signatures in Global and National Commerce Act, P.L. 106-229 (the "E-Sign Act") acceptance and agreement as if actually signed by you in writing. Be advised that all activity and IP address information may be monitored. The right to use any product or service you purchase from us is personal to you and is not transferable to any other person or entity.

## CHANGES TO TERMS OR SERVICES

The Company reserves the right to make changes to the sites, policies, and to this Agreement at any time and without notice. YOU SHOULD PRINT A COPY OF THIS AGREEMENT AND CHECK BACK FREQUENTLY FOR UPDATES. Your continued use of our sites or of any purchased product or service following any future amendment constitutes your acceptance of any modified terms. If you have any questions regarding these terms, please contact customer care at daniel@getmyformula.com.

## SITE CONTENT AND CONTENT RIGHTS

For purposes of these Terms: (i) "Content" means text, graphics, images, music, software, audio, video, works of authorship of any kind, and information or other materials that are posted, generated, provided or otherwise made available through the Services or sites; and (ii) "User Content" means any Content that Account holders (including you) provide to be made available through the Services or sites. Content includes without limitation User Content. Any information submitted on the site is subject to the terms of which are incorporated herein.

The Company neither endorses nor is responsible for the accuracy or reliability of any opinion or statement on the sites, nor for any offensive, defamatory or obscene posting made by any user. Under no circumstances will Company be liable for any loss or damage caused by your reliance on information obtained through the content on the sites. It is your responsibility to evaluate the accuracy, completeness and usefulness of any information, opinion or other content available through the sites. Please seek the advice of professionals, as

\

appropriate, regarding the evaluation of any specific information, opinion or other content, including but not limited to financial, health, or lifestyle information, opinion or other content.

## REVIEWS, COMMENTS, E-MAILS, AND OTHER CONTENT; OWNERSHIP AND REMOVAL

Visitors and users may post reviews, comments, and other content, and submit suggestions, ideas, comments, questions, or other information, so long as the content is not illegal, obscene, threatening, defamatory, invasive of privacy, infringing of intellectual property rights, or otherwise injurious to third parties or objectionable and does not consist of or contain software viruses, political campaigning, commercial solicitation, chain letters, mass mailings, or any form of "spam." You may not use a false e-mail address, impersonate any person or entity, or otherwise mislead as to the origin of a card or other content. Company reserves the right (but not the obligation) to remove or edit such content, but does not regularly review posted content. If you do post content or submit material, and unless we indicate otherwise, you grant Company and its associates a nonexclusive, royalty-free, perpetual, irrevocable, and fully sub licensable right to use, reproduce, modify, adapt, publish, translate, create derivative works from, distribute, and display such content throughout the world in any media. You grant Company and its associates and sublicensees the right to use the name that you submit in connection with such content, if they choose. You represent and warrant that you own or otherwise control all of the rights to the Content that you post; that the Content is accurate; that use of the Content you supply does not violate this policy and will not cause injury to any person or entity; and that you will indemnify Company or its associates for all claims resulting from Content you supply. Company has the right but not the obligation to monitor and edit or remove any activity or content. Company takes no responsibility and assumes no liability for any Content posted by you or any third party.

You can remove your User Content by deleting it. However, in certain instances some of your User Content (such as posts or comments you make) may not be completely removed and copies of your User Content may continue to exist on the sites. Company and its associates are not responsible or liable for the removal or deletion of (or the failure to remove or delete) any of your User Content.

## LIMITED RIGHT TO USE

The viewing, printing or downloading of any Content, graphic, form, or document from the site grants you only a limited, non-exclusive license for use solely by you for your own personal, non-commercial use. You may not modify, copy, distribute, transmit, display, perform, reproduce, publish, license, create derivative works from, transfer, or offer for sale any information contained on, or obtained from, the site. Illegal and/or unauthorized uses of the site, including collecting usernames and/or email addresses of members by electronic or other means for the purpose of sending unsolicited commercial email; using any information retrieval system, whether electronic or through other means, to reproduce any of the Content of the site other than for your personal use; and unauthorized framing or linking to the site will be investigated and appropriate legal action will be taken, including civil, criminal, and injunctive redress.

## DISCLAIMER OF WARRANTY

The materials contained on the site are provided "as is" and without warranties of any kind either express or implied. To the fullest extent permissible pursuant to applicable law, we disclaim all warranties, express or implied, including, but not limited to, implied warranties of merchantability, fitness for a particular purpose, or other violations of rights. We assume no liability or responsibility for any errors or omissions in the content of the Services or site, that defects will be corrected, or that any Company site or the servers that make such materials available are free of viruses or other harmful components; any failures, delays, malfunctions, or interruptions in the delivery of any Content contained on the site; any losses or damages arising from the use of the content provided on the sites; or any conduct by users of the site, either online or offline. We do not warrant or make any representations regarding the use or the results of the use of the materials on any Services or sites in terms of their correctness, accuracy, reliability, or otherwise. You assume the entire cost of all necessary servicing, repair, or correction.

## LIMITATION OF LIABILITY

Under no circumstances, including, but not limited to, negligence, shall Company, its officers, directors, employees, or agents be liable (jointly or severally) for any direct, indirect, special, incidental or consequential damages of any kind, including, but not limited to, loss of use, data, or profit, on any theory of liability, arising out of or in connection with the use or the inability to use the materials on the site, even if Company or any Company representative

has been advised of the possibility of such damages. Some states do not allow the exclusion or limitation of incidental or consequential damages so the above limitation or exclusion may not apply to you. If any applicable authority holds any portion of this section to be unenforceable, then liability will be limited to the fullest extent permitted by applicable law.

## LINKS

The site may provide links to other World Wide Web sites or resources not directly affiliated with Company. We have not reviewed these sites and is not responsible for the accuracy, content, privacy policies or availability of information found on sites that link to or from any Company site. We cannot ensure that you will be satisfied with any products or services that you purchase from a third-party site that links to or from any Company sites or third-party content on our sites. We do not endorse any of the merchandise, nor have we taken any steps to confirm the accuracy or reliability of any of the information contained in such third-party sites or content. We do not make any representations or warranties as to the security of any information (including, without limitation, credit card and other personal information) you might be requested to give any third party, and you hereby irrevocably waive any claim against Company with respect to such sites and third-party content. We strongly encourage you to make whatever investigation you feel necessary or appropriate before proceeding with any online or offline transaction with any of these third parties. Neither Company nor its affiliates, employees, directors, officers, or agents shall be liable for any damages, including but not limited to direct, indirect, incidental, consequential, or punitive damages arising out of your use of third-party material or third-party sites that are linked to this site. No link to the site may be framed to the extent that such frame contains any sponsorship, advertising, or other commercial text or graphics. Deep linking to internal pages of this Website is expressly prohibited without prior written consent from Company.

## YOUR MEMBERSHIP ACCOUNT

If you use this site, you are responsible for maintaining the confidentiality of your account and password and for restricting access to your computer, and you agree to accept responsibility for all activities that occur under your account or password. If you are under eighteen (18) years of age, you may use

our website only with involvement of a parent or guardian. Company and its associates reserve the right to refuse service, terminate accounts, remove or edit content, or cancel orders in their sole discretion.

## PRODUCT DESCRIPTIONS

Company and its associates attempt to be as accurate as possible. However, Company does not warrant that product descriptions or other content of this site is accurate, complete, reliable, current, or error-free. If a product offered by Company itself is not as described, your sole remedy is to return it in unused condition.

## INDEMNITY

You agree to defend, indemnify, and hold harmless Company, its officers, directors, employees, and agents, from and (i) against any claims, actions, or demands, including, but not limited to, reasonable legal and accounting fees, alleging or resulting from your use of the site or (ii) your breach of these Terms or (iii) your infringement of any intellectual property or privacy right of any person. Company shall provide notice to you promptly of any such claim, suit, or proceeding and shall assist you, at your expense, in defending any such claim, suit, or proceeding.

## DISPUTE RESOLUTION AND CHOICE OF LAW

Any controversy or claim arising out of or relating to this contract, or the breach thereof, shall be settled by binding arbitration administered by the American Arbitration Association in accordance with its Commercial Arbitration Rules. The arbitration hearing shall take place in the Southern District of New York, before a single arbitrator. Judgment on the award rendered by the arbitrator may be entered in any court having jurisdiction thereof.

Further, you agree that any issue or dispute arising out of or in connection with your use of our site, intellectual property, the Terms, or any matter concerning Company shall be governed by the laws of the United States and the State of New York with venue in the Southern District of New York. If any provision of the Terms is found to be invalid by any court having competent jurisdiction, the invalidity of such provision shall not affect the validity of the remaining provisions of the Terms, which shall remain in full force and effect.

Case 1:23-cv-06898-DEH   Document 15-1   Filed 07/24/23   Page 15 of 29

By using the site, you agree to comply with all applicable laws and regulations of the United States. The material provided on the site is protected by law including, but not limited to, United States copyright and trademark law and international treaties. Company makes no representation that materials contained in the site are appropriate or available for use in other locations and access to them from territories where their contents are illegal is prohibited. Those who choose to access the Services or site from other locations outside the United States do so at their own initiative and are responsible for compliance with applicable local laws.

## TRADEMARKS

This website and all of its contents including, but not limited to, articles, other text, photographs, illustrations, graphics, product names, designs, logos, and the collection, arrangement, and assembly of all content (collectively, "the Intellectual Property") are protected by copyright, trademark, and other laws of the United States, as well as international conventions and the laws of other countries. The Intellectual Property is the exclusive property of Company. You specifically acknowledge that this Agreement does not confer upon you any interest in or right to use any trademark or service mark of Company or its Affiliates, unless you first receive the prior written consent of Company, which Company may grant or withhold in its sole discretion.

## COPYRIGHTS

The copyright in all materials provided on the site is owned by Company or its affiliate(s).

Subject to the following exception, none of the material contained in the site may be copied, reproduced, distributed, republished, downloaded, displayed, posted or transmitted in any form or by any means including, but not limited to, electronic, mechanical, photocopying, recording or otherwise, without the prior written consent of Company. Site visitors may only view, copy, print and download the materials on the site for personal, non-commercial use only, provided such materials are used for informational purposes only, and all copies, or portions thereof, include this copyright notice. We may revoke any of the foregoing rights at any time. Upon termination of any rights granted hereunder, you must immediately destroy any downloaded and printed materials. Any unauthorized use of any material contained on the site may violate copyright laws, trademark laws, the laws of privacy and publicity, and communications regulations and statutes.

# TERMINATION

Company reserves the right to terminate your access to the site or any of its services if it determines that you do not comply with these Terms; provide false, inaccurate, or incomplete information during our registration process; engage in any conduct that would otherwise harm any of Company's rights or interests in its site, services, or other property; or for any or no reason whatsoever without prior notice to you. Upon termination, you must cease use of the Services and site and destroy all materials obtained from such site and all copies thereof, whether made under these Terms or otherwise.

# LEGAL DISCLAIMER

The information contained on this website is for informational use only and should not be construed as medical advice. Read the entire label before using any Company product, and follow all directions.

Statements made by Company have not been evaluated by the food and drug administration. The FDA does not evaluate or test herbs. These products are not intended to diagnose, treat, cure or prevent any illness or disease. Consult with your physician for diagnosis or treatment. Use products as per instructions and always watch for any allergic reactions.

The information presented on this site is not presented with the intention of diagnosing any disease or condition or prescribing any treatment.

In the event that any individual should use the information presented on this site without a licensed psychologist, medical doctor, psychiatrist or other appropriate professional healthcare provider's approval, that individual will be diagnosing for him or herself.

No responsibility is assumed by the author, publisher or distributors of this information should the information be used in place of a licensed psychologist, medical doctor, psychiatrist or other appropriate professional health care provider's services. No guarantees of any kind are made for the performance or effectiveness of the preparations mentioned on this website.

This information has not been evaluated by the US Food and Drug Administration, nor has it gone through the rigorous double-blind studies required before a particular product can be deemed truly beneficial or potentially dangerous and prescribed in the treatment of any condition or disease.

10/24/24, 5:25 PM                        Terms & Conditions - Find My Formula

# ENTIRE AGREEMENT

If a court finds any portion of this Agreement unenforceable, the rest of this Agreement will continue to apply. This is the entire agreement between you and the Company relating to the site and this Agreement replaces all prior written or oral agreements that may have existed between us. You cannot transfer or assign your rights or obligations under this Agreement to anyone without our written permission. Our failure to enforce any provision of this Agreement does not waive our right to enforce the same provision in the future. The headings contained in this Agreement are for informational purposes only, but are not, themselves, enforceable provisions of this Agreement.

# FORMULA™

## LEARN

ABOUT US (HTTPS://WEB.ARCHIVE.ORG/WEB/20210622045132/HTTPS://FINDMYFORMULA.COM/ABOUT)

FAQ (HTTPS://WEB.ARCHIVE.ORG/WEB/20210622045132/HTTPS://FINDMYFORMULA.COM/FAQ)

SCIENCE (HTTPS://WEB.ARCHIVE.ORG/WEB/20210622045132/HTTPS://FINDMYFORMULA.COM/SCIENCE)

INGREDIENTS (HTTPS://WEB.ARCHIVE.ORG/WEB/20210622045132/HTTPS://FINDMYFORMULA.COM/INGREDIENTS)

RETURN POLICY (HTTPS://WEB.ARCHIVE.ORG/WEB/20210622045132/HTTPS://FINDMYFORMULA.COM/RETURN-POLICY)

## CONNECT

@FINDMYFORMULA

(https://web.archive.org/web/20210622045132/https://www.facebook.com/findmyformula)

(https://web.archive.org/web/20210622045132/https://www.instagram.com/findmyformula/)


(https://web.archive.org/web/20210622045132/https://www.youtube.com/channel/UCQsazYJY8zDkIk5VD4GQsww)

## CONTACT

1 (646) 647-3599

HELLO@FINDMYFORMULA.COM (https://web.archive.org/web/20210622045132/mailto:hello@findmyformula.com)

902 Broadway Floor 6

New York, NY 10010

These statements have not been evaluated by the Food and Drug Administration. The products and information on this website are not intended to diagnose, treat, cure or prevent any disease. The information on this site is for educational purposes only and should not be considered medical advice. Please speak with an appropriate healthcare professional when evaluating any wellness related therapy. Please read the full medical disclaimer (https://web.archive.org/web/20210622045132/https://findmyformula.com/disclaimer) before taking any of the products offered on this site. These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure, or prevent any disease. Formula is for adults aged 18 and older. If you are pregnant or undergoing treatment for a medical condition, please consult your physician before taking Formula.

©2021 FORMULA ALL RIGHTS RESERVED
PRIVACY POLICY (https://web.archive.org/web/20210622045132/https://findmyformula.com/privacy)

TERMS OF USE (https://web.archive.org/web/20210622045132/https://findmyformula.com/terms)  

EXHIBIT "B"

The Wayback Machine - https://web.archive.org/web/20210725020525/https://findmyformula.com/disclaimer

# Medical Disclaimer

## Disclaimer

### PLEASE READ CAREFULLY

In order to participate in Outliers' nootropics system, you must be at least 18 years of age and agree to the following Terms and Conditions.

**OUTLIERS DOES NOT PROVIDE MEDICAL ADVICE. IF AT ANY TIME YOU EXPERIENCE A MEDICAL EMERGENCY, GO TO YOUR NEAREST EMERGENCY DEPARTMENT OR CALL 911 IMMEDIATELY. DO NOT RELY ON THE PRODUCTS OR OUTLIERS TO TREAT OR DIAGNOSIS ANY EMERGENCY OR NON-EMERGENCY MEDICAL OR PSYCHIATRIC CONDITION.**

You should consult your physician or other health care professional before using any vitamins, supplements, or research chemicals, particularly if you are pregnant, plan to become pregnant, are breast feeding, have a history of high blood pressure or heart disease, or if you have ever experienced chest pain, smoke, have high cholesterol, are obese, or have a health problem that could be made worse by a change in diet.

All content and information included with products sold by Outliers (the "Products"), such as text, videos, graphics, images, information and all other materials ("Content"), is solely for general information and educational purposes, or to describe Outliers' products and services, and is not complete or exhaustive. The Content is not intended or implied to provide or substitute for medical, psychiatric, or other professional health care advice, be used to assess health conditions, or used or relied upon for diagnosis or treatment. In addition,

transmission of the Content is not intended to create, and receipt by you does not constitute, a physician-patient relationship with Outliers, its employees, agents, independent contractors, or anyone acting on behalf of Outliers.

The Content does not take the place of instructions or advice from your doctor or other qualified health care professional, and may not necessarily take into account your individual health situation. Always seek the advice of your physician or other qualified health care professional relating to any concerns you may have regarding symptoms, a medical condition, or the use of any Products. Do not disregard professional medical advice or delay in seeking it because of any Content or information provided by or from Outliers, or received through the use of the Products or this trial.

Outliers assumes no duty to correct or update the Content or to resolve or clarify any inconsistencies within the Content. Outliers is not responsible for any misuses you may make of the Content. Except as specifically stated in these Terms and Conditions, neither Outliers nor any of its directors, employees or other representatives will be liable for damages arising out of or in connection with the use of the Content. This is a comprehensive limitation of liability that applies to all damages of any kind, including (without limitation) compensatory, direct, indirect or consequential damages, loss of data, income or profit, loss of or damage to property and claims of third parties.

The statements made about the Products have not been evaluated by the Food and Drug Administration. The Products are not intended to diagnose, treat, cure or prevent any condition or disease. Outliers makes no endorsement or guarantee regarding the safety or efficacy of dietary supplements or research chemicals and shall be held harmless for any losses or damages that may result from their usage or application including, but not limited to, economic loss, injury, illness, or death.

Outliers is not responsible for any misuse of the Products. The recommended dosages are based off standards and Outliers does not guarantee a lack of side effects or interactions even below the recommended dosages. By consuming the Products you are taking full liability for your body and actions. Any dietary supplement(s) or research chemical(s) you purchase from Outliers and apply or use, you do so at your own risk.

Phenylpiracetam, noopept, pramiracetam, oxiracetam and aniracetam are not vitamins, minerals, amino acids, herbs or other botanical, or dietary substances for use by man to supplement the diet by increasing the total dietary intake.

Outliers reserves the right to change or update these Terms and Conditions, and to correct errors, inaccuracies, or omissions at any time without prior notice. Accordingly, you should continually review the Terms and Conditions in order to ensure that you understand the terms to which you are agreeing.

In no case shall Outliers, its directors, officers, employees, affiliates, agents, contractors, interns, suppliers, service providers or licensors be liable for any injury, loss, claim, or any direct, indirect, incidental, punitive, special, or consequential damages of any kind, including, without limitation lost profits, lost revenue, lost savings, loss of data, replacement costs, or any similar damages, whether based in contract, tort (including negligence), strict liability or otherwise, arising from your use of any of the Products, or for any other claim related in any way to your use of the Products, including, but not limited to, any errors or omissions in any Content, or any loss or damage of any kind incurred as a result of the use of the Products.

# DISCLAIMER OF WARRANTIES

RELIANCE ON ANY INFORMATION PROVIDED BY OUTLIERS, OUTLIERS' EMPLOYEES, AGENTS, INDEPENDENT CONTRACTORS, OR OTHERS ACTING ON BEHALF OF OUTLIERS, IS SOLELY AT YOUR OWN RISK. THE CONTENT IS PROVIDED AS IS OR AS AVAILABLE WITHOUT REPRESENTATION OR WARRANTY OF ANY KIND, EXPRESS OR IMPLIED, AND NO WARRANTY OR GUARANTEE CONCERNING THE ACCURACY OF THE INFORMATION IS MADE. ALL SUCH REPRESENTATIONS AND WARRANTIES ARE HEREBY DISCLAIMED, TO THE FULLEST EXTENT PERMITTED BY LAW, INCLUDING WITHOUT LIMITATION, THE IMPLIED WARRANTIES AND CONDITIONS OF MERCHANTABILITY, NON-INFRINGEMENT OF THIRD PARTIES' RIGHTS, AND FITNESS FOR A PARTICULAR PURPOSE.

# FORMULA™

## LEARN

ABOUT US (/WEB/20210725020525/HTTPS://FINDMYFORMULA.COM/ABOUT)

FAQ (/WEB/20210725020525/HTTPS://FINDMYFORMULA.COM/FAQ)

SCIENCE (/WEB/20210725020525/HTTPS://FINDMYFORMULA.COM/SCIENCE)

INGREDIENTS (/WEB/20210725020525/HTTPS://FINDMYFORMULA.COM/INGREDIENTS)

RETURN POLICY (/WEB/20210725020525/HTTPS://FINDMYFORMULA.COM/RETURN-POLICY)

## CONNECT

### @FINDMYFORMULA

 (https://web.archive.org/web/20210725020525/https://www.facebook.com/findmyformula)
(https://web.archive.org/web/20210725020525/https://www.instagram.com/findmyformula/)
(https://web.archive.org/web/20210725020525/https://www.youtube.com/channel/UCQsazYJY8zDkIk5VD4GQsww)

## CONTACT

1 (646) 647-3599

HELLO@FINDMYFORMULA.COM (https://web.archive.org/web/20210725020525/mailto:hello@findmyformula.com)

902 Broadway Floor 6

New York, NY 10010

These statements have not been evaluated by the Food and Drug Administration. The products and information on this website are not intended to diagnose, treat, cure or prevent any disease. The information on this site is for educational purposes only and should not be considered medical advice. Please speak with an appropriate healthcare professional when evaluating any wellness related therapy. Please read the full medical disclaimer (/web/20210725020525/https://findmyformula.com/disclaimer) before taking any of the products offered on this site. These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure, or prevent any disease. Formula is for adults aged 18 and older. If you are pregnant or undergoing treatment for a medical condition, please consult your physician before taking Formula.

©2021 FORMULA ALL RIGHTS RESERVED|PRIVACY POLICY (/web/20210725020525/https://findmyformula.com/privacy)|

TERMS OF USE (/web/20210725020525/https://findmyformula.com/terms)|  

EXHIBIT "C"

r #61543 is on the way 



**FORMULA**

# Good news!

We've got some good news! All of the items from your order #61
been shipped



**Formula Starter Kit - Subscription - Enec
Logic, Motivation**
Quantity: 1

# Shipment Details

They are being shipped via USPS to the following address below
number for these items is 9400111108400836619552. Use the
see the status of your shipment.

Joann Ledoux
1705 Dock Street
#148
Tacoma, Washington 98402
United States

**TRACK PACKAGE**

Please allow some time for the status of the shipment to correc
the above address. You will receive a confirmation email when n
your order have been shipped. Thanks again for your or



FIND YOUR FORMULA          SCIENCE

## Orders: All locations ⌄

All | Unfulfilled | Unpaid | Open | Archived

| Total orders | Ordered items over time | Returns | Fulfilled orders over time | Delivered orders over time | Time to fulfil |
|---|---|---|---|---|---|
| 0 | | 0 | 0 | 0 | 0 min |

| Title | Date ⌄ | Customer | Channel | Total | Payment status | Fulfillment status | Items | Delivery status | Delivery method | Tags |
|---|---|---|---|---|---|---|---|---|---|---|
| #147057 | Sep 30, 2021 | Joann Ledoux | | $79.00 | Paid | Unfulfilled | 1 item | | | Formula, ReCharge, Recurring Order, Subscription |
| #137264 | Sep 2, 2021 | Joann Ledoux | | $79.00 | Paid | Unfulfilled | 1 item | | | Formula, ReCharge, Recurring Order, Subscription |
| #125696 | Aug 5, 2021 | Joann Ledoux | | $79.00 | Paid | Unfulfilled | 1 item | | | Formula, ReCharge, Recurring Order, Subscription |
| #112437 | Jul 8, 2021 | Joann Ledoux | | $79.00 | Paid | Unfulfilled | 1 item | | | Formula, ReCharge, Recurring Order, Subscription |
| #98151 | Jun 10, 2021 | Joann Ledoux | | $79.00 | Paid | Unfulfilled | 1 item | | | Formula, ReCharge, Recurring Order, Subscription |
| #88116 | May 13, 2021 | Joann Ledoux | | $79.00 | Paid | Unfulfilled | 1 item | | | Formula, ReCharge, Recurring Order, Subscription |
| #72919 | Apr 15, 2021 | Joann Ledoux | | $79.00 | Paid | Unfulfilled | 1 item | | | Formula, ReCharge, Recurring Order, Subscription |
| #61543 | Mar 18, 2021 | Joann Ledoux | | $75.00 | Paid | Fulfilled | 1 item | Delivered | | FREE SHIPPING, Checkout Order, Formula, Subscription |

Learn more about orders



← **Joann Ledoux**

Tacoma WA United States • Customer for over 3 years

| Amount spent | Orders |
|---|---|
| $632.00 | 8 |

All time

**Last order placed**

**#147057**  • Paid   ○ Unfulfilled                                                                                     **$79.00**

September 30, 2021 at 1:51 am from 🔁 Recharge Subscriptions (via import)

Formula Starter Kit - Subscription                                            × 1        **$79.00**
Energy, Clarity, Logic, Motivation

View all orders    [Create order]

**Timeline**

KM   Leave a comment

😊 @ # 🔗

Only you and other staff can see comments

Today

● You sent a shipping confirmation email for order **#61543** to yourself          Just now
(katy@takethesis.com)

View email

● You sent an order confirmation email for order **#61543** to yourself           Just now
(katy@takethesis.com)

[ View email ]

September 30, 2021

● 🔁 This customer placed order **#147057** on Recharge Subscriptions            1:51 AM

September 2, 2021

● 🔁 This customer placed order **#137264** on Recharge Subscriptions            1:22 AM

August 5, 2021

● 🔁 This customer placed order **#125696** on Recharge Subscriptions.           1:18 AM

July 8, 2021

● 🔁 This customer placed order **#112437** on Recharge Subscriptions            1:06 AM

June 10, 2021

● 🔁 This customer placed order **#98151** on Recharge Subscriptions             1:19 AM

May 13, 2021

● 🔁 This customer placed order **#86116** on Recharge Subscriptions             1:07 AM

**Customer**

**Contact information**

jo_ledoux@hotmail.com
Will receive notifications in English

**Default address**

Joann Ledoux
1705 Dock Street
#148
Tacoma Washington 98402
United States
1234567890

**Marketing**

○ Email not subscribed
○ SMS not subscribed

**Tax settings**

Collect tax

**Store credit**

No store credit

**Tags**

inactive Subscriber ×

**Notes**

No notes

**Last order placed**

#147057 • Paid · ○ Unfulfilled                    $79.00

September 30, 2021 at 1:51 am from ⓡ Recharge Subscriptions (Version 1?)

Formula Starter Kit - Subscription            x 1      $79.00
Energy, Clarity, Logic, Motivation

View all orders    Create order

**Timeline**

KM    Leave a comment

☺  @  #  ⌀

Only you and other staff can see comments

September 30, 2021
• ⓡ This customer placed order #147057 on Recharge Subscriptions    1:51 AM

September 2, 2021
• ⓡ This customer placed order #137264 on Recharge Subscriptions    1:22 AM

August 5, 2021
• ⓡ This customer placed order #125696 on Recharge Subscriptions    1:18 AM

July 8, 2021
• ⓡ This customer placed order #112437 on Recharge Subscriptions    1:06 AM

June 10, 2021
• ⓡ This customer placed order #98151 on Recharge Subscriptions.    1:19 AM

May 13, 2021
• ⓡ This customer placed order #86116 on Recharge Subscriptions.    1:07 AM

April 15, 2021
• ⓡ This customer placed order #72919 on Recharge Subscriptions.    1:28 AM

March 18, 2021
• ⊕ ShipStation sent a shipping confirmation email for order #61543 to this    1:16 PM
  customer (jo_ledoux@hotmail.com)
  View email

• ⊙ CartHook Checkout sent an order confirmation email for order #61543 to    3:09 AM
  this customer (jo_ledoux@hotmail.com)
  View email

• ⊙ This customer placed order #61543 on CartHook Checkout    3:09 AM
• ⊙ CartHook Checkout created this customer    3:09 AM

**Contact information**

jo_ledoux@hotmail.com
Will receive notifications in English

**Default address**

Joann Ledoux
1705 Dock Street
#148
Tacoma Washington 98402
United States
1234567890

**Marketing**

○ Email not subscribed
○ SMS not subscribed

**Tax settings**

Collect tax

**Store credit**

No store credit

**Tags**

Inactive Subscriber ×

**Notes**

No notes

## Order #61543 confirmed  Inbox ×

**Formula** <store+22758943@t.shopifyemail.com>
to me ▾

ORDER #61543

## Thank you for your purchase!

Hi Joann, we're getting your order ready to be shipped. We will notify you
when it has been sent.