# EXHIBIT 3

Hon. Tiffany M. Cartwright

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOANN LEDOUX, a single woman.

Plaintiffs,

v.

OUTLIERS, INC. (d/b/a THESIS, THESIS NOOTROPICS, FIND MY FORMULA, and FORMULA), a Delaware Corporation; DANIEL FREED, individually; MATT RUBIN, individually; BRAND NUTRACEUTICALS, INC. (d/b/a BRAND NUTRA), a New York Corporation; BRAND PACKAGING GROUP, INC. (d/b/a BRAND NUTRACEUTICALS), a New York Corporation; and John and Jane Does 1-5. Defendants.

Defendants.

No. 3:24-cv-05808-TMC

AFFIDAVIT OF BEN FISHER

TO:        CLERK OF COURT

AND TO:    PLAINTIFF AND HER COUNSEL OF RECORD

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES

BEFORE ME, personally appeared BEN FISHER, who after first being duly sworn, deposes and says:

1. That affiant is over eighteen years of age, a resident of the State of California and otherwise sui juris.

Affidavit of Ben Fisher -- Page 1
Case No: 3:24-cv-0508

Stuart N. Kaplan, P.A.
3399 PGA Blvd., Suite 150
Palm Beach Gardens, FL 33410
(561) 296-7900



EXHIBIT 1

2. That all of the facts attested hereto are based upon personal knowledge, not information or belief, unless stated otherwise.

3. That affiant is competent to testify to the matters herein in affiant's capacity as the co-founder and former CTO of CartHook a product that enabled online retailers to build within their websites for consumers/customers/clients an optimal checkout funnel by implementing the world's first one-page conspicuous Internet friendly user checkout with a one-click post-purchase upsell process as more fully set forth hereinbelow.

4. That from March 2021 through at least the end of 2021 and beyond one of our firm's clients was Find Formula/Outliers k/n/a Outliers Inc. 9 d/b/a Thesis , Thesis Nootropics, Find My Formula, and Formula), a Delaware Corporation whose principals are Daniel Freed and Matt Rubin.

5. That affiant has reviewed the affidavits in the above entitled action filed by Plaintiff, Joann Ledoux, Jocelyn C. Stewart , Esquire and Dustin Sanchez on November 27, 2024 plus the exhibits 1 through 11 contained in the Declaration of Jocelyn C. Stewart, Esquire (Document 27). Accordingly, affiant now offers the true facts in opposition to those submissions on behalf of Plaintiff, Joann Ledoux.

6. I am Ben Fisher, the Co-founder and former CTO and Head of Product of CartHook.

7. We enabled online retailers to build optimized checkout funnels with the world's first one-page checkout with one-click post-purchase upsells. On Shopify, we processed upwards of $600,000,000.00 per year, and CartHook became one of the most

Affidavit of Ben Fisher – Page 2
Case No: 3:24-cv-0508

Stuart N. Kaplan, P.A.
3399 PGA Blvd., Suite 150
Palm Beach Gardens, FL 33410
(561) 296-7900

trusted and successful Shopify applications in the world. We were acquired by Pantastic in 2022.

8. Affiant oversaw the design and development of the one-page checkout and the integration with subscription services that allowed consumers to purchase subscriptions on the CartHook checkout. On the one-page checkout for a subscription product, directly above the complete purchase button was a check box that stated a user is agreeing to purchase a subscription and agreeing to the company's Terms and Conditions. If the box was not checked, you would not be able to complete the subscription purchase.

9. CartHook was an independent entity. From March 2021 through at least the end of 2021 and beyond, one of our firm's clients was Find Formula/Outliers k/n/a Outliers Inc. 9 d/b/a Thesis, Thesis Nootropics, Find My Formula, and Formula), a Delaware Corporation whose principals are Daniel Freed and Matt Rubin.

10. Affiant can attest that during the calendar year 2021, the default configuration of the one page checkout contained a checkbox above the "buy button" and that and in order to purchase products, a customer must have the checkbox ticked off, to accept the "Terms and Conditions". On the default configuration, if the checkbox wasn't checked, it would be impossible to purchase a subscription. There was a feature that would allow a brand to customize their checkout and remove the checkbox if they chose to but they would need to intentionally modify the checkout and make changes to the core functionality of the page.

Affidavit of Ben Fisher – Page 3
Case No: 3:24-cv-0508

Stuart N. Kaplan, P.A.
3399 PGA Blvd., Suite 150
Palm Beach Gardens, FL 33410
(561) 296-7900

FURTHER AFFIANT SAYETH NAUGHT

BEN FISHER

SWORN TO and subscribed before me this 10 day of December 2024, by BEN FISHER.

NICOLE BOUZAGLO
COMM # 2368012
Los Angeles County
California Notary Public
Comm Exp July 27, 2025

Notary Public

Nicole Bouzaglo
(Print Name)
Commission No: 2368012

Personally Known _____ OR Produced Identification ✓
Type of Identification Drivers license

DATED: December 10, 2024.

THE LAW OFFICES OF STUART N. KAPLAN, P.A.
PGA Financial Plaza
3399 PGA Boulevard, Suite 150
Palm Beach Gardens, Florida 33410
Telephone: (561) 296-7900
Facsimile: (561) 296-7919
By: /s/ Stuart N. Kaplan
STUART N. KAPLAN, ESQUIRE
Florida Bar No.:647934
Email: skaplan@stuartnkaplanpa.com
Secondary Email: rbailey@stuartnkaplanpa.com
*Attorneys for Defendants Outliers, Inc., Daniel Freed, and Matt Rubin*

Affidavit of Ben Fisher -- Page 4
Case No: 3:24-cv-0508

Stuart N. Kaplan, P.A.
3399 PGA Blvd., Suite 150
Palm Beach Gardens, FL 33410
(561) 296-7900