# EXHIBIT 9

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

IN THE U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOANN LEDOUX, a single woman. | |
| Plaintiff, | No. 3:24-cv-05808-TMC |
| vs. | **RULE 34 REQUESTS DIRECTED TO THESIS DEFENDANTS, SET TWO** |
| OUTLIERS, INC. (d/b/a THESIS, THESIS NOOTRPICS, FIND MY FORMULA, and FORMULA), a Delaware Corporation; DANIEL FREED, individually; MATT RUBIN, individually; BRAND NUTRACEUTICALS, INC. (d/b/a BRAND NUTRA), a New York Corporation; BRAND PACKAGING GROUP, INC. (d/b/a BRAND NUTRACEUTICALS), a New York Corporation; and John and Jane Does 1-5. | |
| Defendants. | |

## I.    BASIS

Plaintiff, JOANN LEDOUX, by and through her attorneys of record, Jocelyn C. Stewart, of **Law Office of Jocelyn C Stewart, Corp.** and Talis Abolins of **mctlaw**, (hereafter "the requesting party") and in accordance with Federal Rule of Procedure (hereafter "FRP") 26(b) and FRP 34 makes the below-specified requests at **Paragraph VII** of defendants OUTLIERS, INC. (d/b/a THESIS, THESIS NOOTRPICS, FIND MY FORMULA, and FORMULA), a

RULE 34 REQUESTS - 1
No. 3:24-cv-05808-TMC

**Law Office of Jocelyn C Stewart, Corp.**
1201 Pacific Avenue, Ste 600
Tacoma, WA 98407
Phone: (253) 317-8494

Delaware Corporation;  DANIEL FREED, individually; MATT RUBIN, individually,

(hereafter "Thesis Defendants") through Stuart Kaplan, of **Stuart Kaplan, P.A.** or their

assigns (hereafter "the responding party").

## II.    INSTRUCTIONS

1.      Pursuant to Rule 34(b)(2)(B), if you object to a request, the grounds for each

objection must be stated with specificity.  Also pursuant to that Rule, if you intended to produce

copies of documents or of ESI instead of permitting inspection, you must so state.

2.      If, in responding to this Request for Production, the responding party encounters

any ambiguities when construing a request or definition, the response shall set forth the matter

deemed ambiguous, and the construction used in responding.

3.      Pursuant to Rule 34(b)(2)(C), an objection must state whether any responsive

materials are being withheld on the basis of that objection.

4.      Whenever in this Request you are asked to identify or produce a document which

is deemed by you to be properly withheld from production for inspection or copying:

A.      If you are withholding the document under claim of privilege (including,

but not limited to, the work product doctrine), please provide the information set forth in Fed. R.

Civ. P. 26(b)(5) and Discovery Guideline 10(d)(ii)(b).  For electronically stored information, a

privilege log (in searchable and sortable form, such as a spreadsheet, matrix, or table) generated

by litigation review software, containing metadata fields that generally correspond to the above

paragraph is permissible, provided that it also discloses whether transmitting, attached or

RULE 34 REQUESTS - 2
No. 3:24-cv-05808-TMC

**Law Office of Jocelyn C Stewart, Corp.**
1201 Pacific Avenue, Ste 600
Tacoma, WA 98407
Phone: (253) 317-8494

subsidiary ("parent-child") documents exist and whether those documents have been produced or withheld.

          B.     If you are withholding the document for any reason other than an objection that it is beyond the scope of discovery, identify as to each document and, in addition to the information requested in paragraph 4.A, above, please state the reason for withholding the document. If you are withholding production on the basis that ESI is not reasonably accessible because of undue burden or cost, provide the information required by Discovery Guideline 10(e).

          5.     When a document contains both privileged and non-privileged material, the non-privileged material must be disclosed to the fullest extent possible without thereby disclosing the privileged material. If a privilege is asserted with regard to part of the material contained in a document, the party claiming the privilege must clearly indicate the portions as to which the privilege is claimed. When a document has been redacted or altered in any fashion, identify as to each document the reason for the redaction or alteration, the date of the redaction or alteration, and the person performing the redaction or alteration. Any redaction must be clearly visible on the redacted document.

          6.     It is intended that this Request will not solicit any material protected either by the attorney/client privilege or by the work product doctrine, which was created by, or developed by, counsel for the responding party after the date on which this litigation was commenced. If any Request is susceptible of a construction which calls for the production of such material, that material need not be provided and no privilege log pursuant to Fed. R. Civ. P. 26(b)(5) or Discovery Guideline 9(a) will be required as to such material.

RULE 34 REQUESTS - 3
No. 3:24-cv-05808-TMC

**Law Office of Jocelyn C Stewart, Corp.**
1201 Pacific Avenue, Ste 600
Tacoma, WA 98407
Phone: (253) 317-8494

### III.    DEFINITIONS

Notwithstanding any definition set forth below, each word, term, or phrase used in this Request is intended to have the broadest meaning permitted under the Federal Rules of Civil Procedure.  As used in this Request, the following terms are to be interpreted in accordance with these definitions:

1.    *Communication:*  The term "communication" means the transmittal of information by any means.

2.    *Concerning:*  The term "concerning" means relating to, referring to, describing, evidencing, or constituting.

3.    *Document:*  The terms "document" and "documents" are defined to be synonymous in meaning and equal in scope to the usage of the term "items" in Fed. R. Civ. P. 34(a)(1) and include(s), but is not limited to electronically stored information.  The terms "writings," "recordings," and "photographs" are defined to be synonymous in meaning and equal in scope to the usage of those terms in Fed. R. Evid. 1001.  A draft or non-identical copy is a separate document within the meaning of the term "document."

4.    *Form or Forms:* If documents are produced as electronically stored information, they shall be produced in the following form or forms: in the native form in which it is maintained and from which it was obtained, which necessarily includes that the form or forms include production of the metadata and/or native files so that ESI maintains its integrity from when it is collected until when it is used in proceedings so that the parties have a method to confirm the integrity of the ESI throughout the litigation. Plaintiff provides this folder as the location into

RULE 34 REQUESTS - 4
No. 3:24-cv-05808-TMC

**Law Office of Jocelyn C Stewart, Corp.**
1201 Pacific Avenue, Ste 600
Tacoma, WA 98407
Phone: (253) 317-8494

which you will provide responsive matters:

https://www.dropbox.com/scl/fo/az4f3fsn47ab23h2p2cc3/AM44Jlgx3krBodqr10cu3KE?rlkey=e87ps7cre9gmz9qmsnmtywfjl&st=szf2oqmo&dl=0

5.     *Occurrence/Transaction:* The terms "occurrence" and "transaction" mean the events described in the Complaint and other pleadings, as the word Apleadings" is defined in Fed. R. Civ. P. 7(a).

6.     *Parties:* The terms "plaintiff" and "defendant" (including, without limitation, third-party plaintiff, third-party defendant, counter claimant, cross-claimant, counter-defendant, and cross-defendant), as well as a party's full or abbreviated name or a pronoun referring to a party, mean that party and, where applicable, its officers, directors, and employees. This definition is not intended to impose a discovery obligation on any person who is not a party to the litigation or to limit the Court's jurisdiction to enter any appropriate order.

7.     *Person*: The term "person" is defined as any natural person or any business, legal or governmental entity, or association.

8.     *You/Your:* The terms "you" or "your" include the person(s) to whom this Request is addressed, and all of that person's agents, representatives, and attorneys.

9.     The present tense includes the past and future tenses. The singular includes the plural, and the plural includes the singular. "All" means "any and all;" "any" means "any and all." "Including" means "including but not limited to." "And" and "or" encompass both "and" and "or." Words in the masculine, feminine, or neuter form shall include each of the other genders.

10.     If the requested documents are maintained in a file, the file folder is included in

RULE 34 REQUESTS - 5
No. 3:24-cv-05808-TMC

**Law Office of Jocelyn C Stewart, Corp.**
1201 Pacific Avenue, Ste 600
Tacoma, WA 98407
Phone: (253) 317-8494

the request for production of those documents.

### IV.    NATURE OF REQUEST

As per FRP 34(a), a request necessarily includes a request (1) to produce and permit the requesting party or its representative to inspect, copy, test, or sample the following items in the responding party's possession, custody, or control: (A) any designated documents or electronically stored information—including writings, drawings, graphs, charts, photographs, sound recordings, images, and other data or data compilations—stored in any medium from which information can be obtained either directly or, if necessary, after translation by the responding party into a reasonably usable form; or (B) any designated tangible things; or (2) to permit entry onto designated land or other property possessed or controlled by the responding party, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

### V.    TIMING OF RESPONSES

This request is delivered pursuant to FRP 36(b)(2)(A) so that the responding party to whom the request is directed must respond in writing within 30 days.

### VI.    MANNER OF RESPONSES

A.    Responding to Each Item. For each item or category, the response must either state that inspection and related activities will be permitted as requested or state with specificity the grounds for objecting to the request, including the reasons. The responding party may state that it will produce copies of documents or of electronically stored information instead of permitting inspection.

RULE 34 REQUESTS - 6
No. 3:24-cv-05808-TMC

**Law Office of Jocelyn C Stewart, Corp.**
1201 Pacific Avenue, Ste 600
Tacoma, WA 98407
Phone: (253) 317-8494

B.      The production must then be completed no later than the time for inspection specified in the request or another reasonable time specified in the response.

C.      Responding to a Request for Production of Electronically Stored Information. The response may state an objection to a requested form for producing electronically stored information. If the responding party objects to a requested form—or if no form was specified in the request—the party must state the form or forms it intends to use.

D.      Producing the Documents or Electronically Stored Information. Unless otherwise stipulated or ordered by the court, these procedures apply to producing documents or electronically stored information: (i) *The responding party must produce documents as they are kept in the usual course of business or must organize and label them to correspond to the categories in the request*; (ii) If a request does not specify a form for producing electronically stored information, a responding party must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms; and (iii) A responding party need not produce the same electronically stored information in more than one form.

E.      Please consider all requests in **Paragraph VII** for an electronic format as follows:

(i). The requesting party requests a scanned PDF if the original media in which the responding party received the responsive material was in a PDF or Word document / physical document printout and such document does not contain metadata and other authenticating properties; or

(ii). The requesting party requests responsive material in the original media that the responding party received the responsive material such that it permits inspection and

RULE 34 REQUESTS - 7
No. 3:24-cv-05808-TMC

**Law Office of Jocelyn C Stewart, Corp.**
1201 Pacific Avenue, Ste 600
Tacoma, WA 98407
Phone: (253) 317-8494

verification of metadata and all other authenticating properties, which is known as the "native"; the requesting party provides this designated electronic folder for receipt of the responsive materials:

https://www.dropbox.com/scl/fo/az4f3fsn47ab23h2p2cc3/AM44Jlgx3krBodqr10cu3KE?rlkey=e87ps7cre9gmz9qmsnmtywfjl&st=szf2oqmo&dl=0

  F. If the responding party has an objection, the responding party's objection must state whether any responsive materials are being withheld on the basis of that objection and must state the objection with particularity. An objection to part of a request must specify the part and permit inspection of the rest.

## VII. **REQUESTS**

  A. Employment and Payroll Records

  1. Copies of all employment records and human resource records for Sameer Anand and Maranda LujaJohnson, including but not limited to personnel records, training records, notes, reports, memoranda, studies, examination and test results, performance evaluations, attendance records, independent contractor contracts, employment contracts;

  2. Copies of payroll records, per diem payment records, performance or other bonus records, check stubs, W-2 forms, W-9 forms, 1099 forms, any documents relating to fringe benefits, healthcare stipends, short and long term disability insurance, disability accommodations, FMLA, sick and other leave records, payroll records, pay stubs, photographs, awards and accommodations, and correspondence for Sameer Anand and Maranda LujaJohnson;

  3. These records must include unredacted record(s) that includes Full Social Security number for issuance of subpoenas to Internal Revenue Service, for verification of pay, bonuses, W-2 forms, W-9 forms, 1099 forms, healthcare stipends, et al.

  B. Carthook, Inc. Records

  1. Document and Communications Related to Business Relationship between Carthook,

RULE 34 REQUESTS - 8
No. 3:24-cv-05808-TMC

**Law Office of Jocelyn C Stewart, Corp.**
1201 Pacific Avenue, Ste 600
Tacoma, WA 98407
Phone: (253) 317-8494

Inc. and Outliers, Inc., dba Thesis:

    a.   All contracts, agreements, statements of work, or terms of service governing the relationship between Carthook, Inc. and Outliers, Inc., from inception to present;

    b.   All invoices, billing records, and payment records reflecting transactions or services provided by Carthook, Inc. to or on behalf of Outliers, Inc. regarding purchases/transactions by JoAnn LeDoux;

    c.   All records reflecting the dates during which Carthook, Inc. provided services to Outliers, Inc., including any onboarding documentation, service initiation records, or termination notices –

        1)  For https://findmyformula.com
        2)  For https://takethesis.com

    d.   Any internal or external communications discussing the initiation, scope, continuation, modification, or termination of the relationship between Carthook, Inc. and Outliers, Inc. –

        3)  For https://findmyformula.com
        4)  For https://takethesis.com

2. Documents sufficient to show whether Carthook, Inc. is currently providing services to Outliers, Inc., and if not, the date on which such services ceased.

3. Documents and Communications Related to Payment Processing, Checkout Software, or Related e-Commerce Services provided by Carthook, Inc. to Outliers, Inc. (including any entities doing business as "THESIS"), including but not limited to:

    a.   All contracts, service agreements, statements of work, terms of service, or onboarding documents governing the provision of payment processing or checkout software by Carthook, Inc. to Outliers, Inc.;

    b.   All records identifying the products or services offered by Outliers, Inc. that were supported or processed through Carthook's platform;

    c.   Payment transaction records, logs, or summaries processed by Carthook on behalf of Outliers, Inc., for records showing transactions by JoAnn LeDoux, including dates and amounts;

RULE 34 REQUESTS - 9
No. 3:24-cv-05808-TMC

**Law Office of Jocelyn C Stewart, Corp.**
1201 Pacific Avenue, Ste 600
Tacoma, WA 98407
Phone: (253) 317-8494

d. All invoices, account statements, billing records, and payment histories reflecting services provided by Carthook, Inc. to Outliers, Inc.;

e. All records sufficient to show the duration of the relationship between Carthook, Inc. and Outliers, Inc., including the start date, any periods of suspension or modification, and the end date (if applicable);

f. All internal or external communications referencing the nature, scope, or duration of services provided by Carthook, Inc. to Outliers, Inc.

g. All internal or external communication referencing a default or option to use a "Terms of Service" or "Medical Disclaimer" checkbox.

4. Document Requests Related to Checkout Functionality and Merchant Logs:

a. Copies of all UI design files, checkout templates, and integration documentation provided to Thesis (or Outliers, Inc.) from January 1, 2021, through December 31, 2021, for https://findmyformula.com.

b. Copies of all UI design files, checkout templates, and integration documentation provided to Thesis (or Outliers, Inc.) from January 1, 2021, through December 31, 2021, for https://takethesis.com.

c. Source code, logic flows, or implementation manuals that describe how Carthook enabled Terms and Conditions checkboxes or required acknowledgments for clients in 2021, for https://findmyformula.com.

d. Source code, logic flows, or implementation manuals that describe how Carthook enabled Terms and Conditions checkboxes or required acknowledgments for clients in 2021, for https://takethesis.com.

e. Records or receipts of the customer transactions processed through Carthook related to the domain findmyformula.com between March 1, 2021, and October 31, 2021, for JoAnn LeDoux.

f. All logs or metadata showing whether a user could bypass or was required to engage with Terms and Conditions during checkout on the https://findmyformula.com website between January 1, 2021, and December 31, 2021.

RULE 34 REQUESTS - 10
No. 3:24-cv-05808-TMC

**Law Office of Jocelyn C Stewart, Corp.**
1201 Pacific Avenue, Ste 600
Tacoma, WA 98407
Phone: (253) 317-8494

g. All logs or metadata showing whether a user could bypass or was required to engage with Terms and Conditions during checkout on the https://takethesis.com website between January 1, 2021, and October 31, 2021. If none exist, provide a response that there is the absence of any records for https://takethesis.com between January 1, 2021, and December 31, 2021.

h. All internal correspondence, tickets, or support documentation between Carthook or any of its employees, principals, contractors, assigns, designees, or agents, and Outliers, Inc., dba Thesis, or any of its employees, principals, contractors, assigns, designees, or agents regarding arbitration/terms of service, checkbox functionality, or purchase flow logic.

Provide all information in its complete and unredacted form. If certain reports, records, or communications are not available, we request clarification regarding their absence.

C. Go Daddy, Inc. Records

1. Record Requests Regarding domains findmyformula.com and takethesis.com:

a. Purchase, registration, and renewal of the domain http://findmyformula.com

b. Purchase, registration, and renewal of the domain http://takethesis.com

c. All archived hosting records, logs, or snapshots related to the domain www.findmyformula.com from January 1, 2021, to January 1, 2023.

d. Server-side backups or hosted version history for website content including purchase pages, checkout flows, and Terms and Conditions pages related to the domain https://findmyformula.com from January 1, 2021, to January 1, 2023.

e. Any documentation showing the dates of domain redirection, DNS changes, or publishing transitions from findmyformula.com to takethesis.com.

f. Any metadata, file access logs, or change logs associated with hosting activity or content deployment for findmyformula.com from January 1, 2021, to January 1, 2023.

2. Website Deployment and Hosting Records of findmyformula.com:

RULE 34 REQUESTS - 11
No. 3:24-cv-05808-TMC

**Law Office of Jocelyn C Stewart, Corp.**
1201 Pacific Avenue, Ste 600
Tacoma, WA 98407
Phone: (253) 317-8494

a. All archived hosting records, logs, or snapshots related to the domain findmyformula.com from January 1, 2021, to January 1, 2023.

b. Server-side backups or hosted version history for website content including purchase pages, checkout flows, and Terms and Conditions pages related to the domain https://findmyformula.com from January 1, 2021, to January 1, 2023.

c. Any documentation showing the dates of domain redirection, DNS changes, or publishing transitions from findmyformula.com to takethesis.com.

d. Any metadata, file access logs, or change logs associated with hosting activity or content deployment for findmyformula.com from January 1, 2021, to January 1, 2023.

3. Website Deployment and Hosting Records of takethesis.com:

a. All archived hosting records, logs, or snapshots related to the domain takethesis.com from January 1, 2021, to January 1, 2023.

b. Server-side backups or hosted version history for website content including purchase pages, checkout flows, and Terms and Conditions pages related to the domain https://takethesis.com from January 1, 2021, to January 1, 2023.

c. Any documentation showing the dates of domain redirection, DNS changes, or publishing transitions from findmyformula.com to takethesis.com.

d. Any metadata, file access logs, or change logs associated with hosting activity or content deployment for takethesis.com from January 1, 2021, to January 1, 2023.

D. <u>Amazon Web Services, Inc. Records</u>

1. Record Requests Regarding domains findmyformula.com and takethesis.com:

a. Purchase, registration, and renewal of the domain [http://findmyformula.com](http://findmyformula.com)

b. Purchase, registration, and renewal of the domain [http://takethesis.com](http://takethesis.com)

**Law Office of Jocelyn C Stewart, Corp.**
1201 Pacific Avenue, Ste 600
Tacoma, WA 98407
Phone: (253) 317-8494

c. All archived hosting records, logs, or snapshots related to the domain www.findmyformula.com from January 1, 2021, to January 1, 2023.

d. Server-side backups or hosted version history for website content including purchase pages, checkout flows, and Terms and Conditions pages related to the domain https://findmyformula.com from January 1, 2021, to January 1, 2023.

e. Any documentation showing the dates of domain redirection, DNS changes, or publishing transitions from findmyformula.com to takethesis.com.

f. Any metadata, file access logs, or change logs associated with hosting activity or content deployment for findmyformula.com from January 1, 2021, to January 1, 2023.

2. Website Deployment and Hosting Records of findmyformula.com:

a. All archived hosting records, logs, or snapshots related to the domain findmyformula.com from January 1, 2021, to January 1, 2023.

b. Server-side backups or hosted version history for website content including purchase pages, checkout flows, and Terms and Conditions pages related to the domain https://findmyformula.com from January 1, 2021, to January 1, 2023.

c. Any documentation showing the dates of domain redirection, DNS changes, or publishing transitions from findmyformula.com to takethesis.com.

d. Any metadata, file access logs, or change logs associated with hosting activity or content deployment for findmyformula.com from January 1, 2021, to January 1, 2023.

3. Website Deployment and Hosting Records of takethesis.com:

a. All archived hosting records, logs, or snapshots related to the domain takethesis.com from January 1, 2021, to January 1, 2023.

RULE 34 REQUESTS - 13
No. 3:24-cv-05808-TMC

**Law Office of Jocelyn C Stewart, Corp.**
1201 Pacific Avenue, Ste 600
Tacoma, WA 98407
Phone: (253) 317-8494

b.  Server-side backups or hosted version history for website content including purchase pages, checkout flows, and Terms and Conditions pages related to the domain https://takethesis.com from January 1, 2021, to January 1, 2023.

c.  Any documentation showing the dates of domain redirection, DNS changes, or publishing transitions from findmyformula.com to takethesis.com.

d.  Any metadata, file access logs, or change logs associated with hosting activity or content deployment for takethesis.com from January 1, 2021, to January 1, 2023.

E.  Shopify, Inc. Records

1.  Documents and Communications Related to Business Relationship between Shopify, Inc. and Outliers, Inc., dba Thesis:

a.  All contracts, agreements, statements of work, or terms of service governing the relationship between Shopify, Inc. and Outliers, Inc., from inception to present;

b.  All invoices, billing records, and payment records reflecting transactions or services provided by Shopify, Inc. to or on behalf of Outliers, Inc. regarding purchases/transactions by JoAnn LeDoux;

c.  All records reflecting the dates during which Shopify, Inc. provided services to Outliers, Inc., including any onboarding documentation, service initiation records, or termination notices –

    1)  For https://findmyformula.com
    2)  For https://takethesis.com

d.  Any internal or external communications discussing the initiation, scope, continuation, modification, or termination of the relationship between Shopify, Inc. and Outliers, Inc. –

    3)  For https://findmyformula.com
    4)  For https://takethesis.com

2.  Documents sufficient to show whether Shopify, Inc. is currently providing services to Outliers, Inc., and if not, the date on which such services ceased.

RULE 34 REQUESTS - 14
No. 3:24-cv-05808-TMC

**Law Office of Jocelyn C Stewart, Corp.**
1201 Pacific Avenue, Ste 600
Tacoma, WA 98407
Phone: (253) 317-8494

3.  Documents and Communications Related to Payment Processing, Checkout Software, or Related e-Commerce Services provided by Shopify, Inc. to Outliers, Inc. (including any entities doing business as "THESIS"), including but not limited to:

    a.  All contracts, service agreements, statements of work, terms of service, or onboarding documents governing the provision of payment processing or checkout software by Shopify, Inc. to Outliers, Inc.;

    b.  All records identifying the products or services offered by Outliers, Inc. that were supported or processed through Shopify's platform;

    c.  Payment transaction records, logs, or summaries processed by Shopify, Inc. on behalf of Outliers, Inc., for records showing transactions by JoAnn LeDoux, including dates and amounts;

    d.  All invoices, account statements, billing records, and payment histories reflecting services provided by Shopify, Inc. to Outliers, Inc.;

    e.  All records sufficient to show the duration of the relationship between Shopify, Inc. and Outliers, Inc., including the start date, any periods of suspension or modification, and the end date (if applicable);

    f.  All internal or external communications referencing the nature, scope, or duration of services provided by Shopify, Inc. to Outliers, Inc.

    g.  All internal or external communication referencing a default or option to use a "Terms of Service" or "Medical Disclaimer" checkbox.

4.  Document Requests Related to Checkout Functionality and Merchant Logs:

    a.  Copies of all UI design files, checkout templates, and integration documentation provided to Thesis (or Outliers, Inc.) by Shopify, Inc. from January 1, 2021, through December 31, 2021, for https://findmyformula.com.

    b.  Copies of all UI design files, checkout templates, and integration documentation provided to Thesis (or Outliers, Inc.) by Shopify, Inc. from January 1, 2021, through December 31, 2021, for https://takethesis.com.

    c.  Source code, logic flows, or implementation manuals that describe how Shopify, Inc. enabled Terms and Conditions checkboxes or required acknowledgments for clients in 2021, for https://findmyformula.com.

RULE 34 REQUESTS - 15
No. 3:24-cv-05808-TMC

**Law Office of Jocelyn C Stewart, Corp.**
1201 Pacific Avenue, Ste 600
Tacoma, WA 98407
Phone: (253) 317-8494

d.  Source code, logic flows, or implementation manuals that describe how Shopify, Inc. enabled Terms and Conditions checkboxes or required acknowledgments for clients in 2021, for https://takethesis.com.

e.  Records or receipts of the customer transactions processed through Shopify, Inc. related to the domain findmyformula.com between March 1, 2021, and October 31, 2021, for JoAnn LeDoux.

f.  All logs or metadata showing whether a user could bypass or was required to engage with Terms and Conditions during checkout on the https://findmyformula.com website between January 1, 2021, and December 31, 2021, through Shopify, Inc.

g.  All logs or metadata showing whether a user could bypass or was required to engage with Terms and Conditions during checkout on the https://takethesis.com website between January 1, 2021, and December 31, 2021, through Shopify, Inc.

h.  All internal correspondence, tickets, or support documentation between Shopify, Inc. or any of its employees, principals, contractors, assigns, designees, or agents, and Outliers, Inc., dba Thesis, or any of its employees, principals, contractors, assigns, designees, or agents regarding arbitration/terms of service, checkbox functionality, or purchase flow logic.

5.  Record Requests by Shopify, Inc. Regarding domains findmyformula.com and takethesis.com

a.  Purchase, registration, and renewal of the domain http://findmyformula.com by Shopify, Inc.

b.  Purchase, registration, and renewal of the domain http://takethesis.com by Shopify, Inc.

c.  All archived hosting records, logs, or snapshots by Shopify, Inc. related to the domain www.findmyformula.com from January 1, 2021, to January 1, 2023.

RULE 34 REQUESTS - 16
No. 3:24-cv-05808-TMC

**Law Office of Jocelyn C Stewart, Corp.**
1201 Pacific Avenue, Ste 600
Tacoma, WA 98407
Phone: (253) 317-8494

d.  Server-side backups or hosted version history for website content by Shopify, Inc. including purchase pages, checkout flows, and Terms and Conditions pages related to the domain https://findmyformula.com from January 1, 2021, to January 1, 2023.

e.  Any documentation showing the dates of domain redirection, DNS changes, or publishing transitions by Shopify, Inc. from findmyformula.com to takethesis.com.

f.  Any metadata, file access logs, or change logs by Shopify, Inc. associated with hosting activity or content deployment for findmyformula.com from January 1, 2021, to January 1, 2023.

6.  Website Deployment and Hosting Records of findmyformula.com

a.  All archived hosting records, logs, or snapshots by Shopify, Inc. related to the domain findmyformula.com from January 1, 2021, to January 1, 2023.

b.  Server-side backups or hosted version history by Shopify, Inc. for website content including purchase pages, checkout flows, and Terms and Conditions pages related to the domain https://findmyformula.com from January 1, 2021, to January 1, 2023.

c.  Any documentation showing the dates of domain redirection, DNS changes, or publishing transitions by Shopify, Inc. from findmyformula.com to takethesis.com.

d.  Any metadata, file access logs, or change logs associated with hosting activity or content deployment by Shopify, Inc. for findmyformula.com from January 1, 2021, to January 1, 2023.

7.  Website Deployment and Hosting Records of takethesis.com

a.  All archived hosting records, logs, or snapshots by Shopify, Inc.related to the domain takethesis.com from January 1, 2021, to January 1, 2023.

b.  Server-side backups or hosted version history by Shopify, Inc. for website content including purchase pages, checkout flows, and Terms and Conditions

RULE 34 REQUESTS - 17
No. 3:24-cv-05808-TMC

**Law Office of Jocelyn C Stewart, Corp.**
1201 Pacific Avenue, Ste 600
Tacoma, WA 98407
Phone: (253) 317-8494

pages related to the domain https://takethesis.com from January 1, 2021, to January 1, 2023.

c. Any documentation showing the dates of domain redirection, DNS changes, or publishing transitions by Shopify, Inc. from findmyformula.com to takethesis.com.

d. Any metadata, file access logs, or change logs associated with hosting activity or content deployment by Shopify, Inc. for takethesis.com from January 1, 2021, to January 1, 2023.

F. Internal Server Backups by Outliers, Inc.

1. FindMyFormula.com

a. All internal archived hosting records, logs, or snapshots related to the domain findmyformula.com from January 1, 2021, to January 1, 2023.

b. Server-side backups or hosted version history for website content including purchase pages, checkout flows, and Terms and Conditions pages related to the domain https://findmyformula.com from January 1, 2021, to January 1, 2023.

c. Any documentation showing the dates of domain redirection, DNS changes, or publishing transitions by from findmyformula.com to takethesis.com.

d. Any metadata, file access logs, or change logs associated with hosting activity or content deployment for findmyformula.com from January 1, 2021, to January 1, 2023.

2. Internal Servier Backups by Outliers, Inc. of TakeThesis.com

a. All internal archived hosting records, logs, or snapshots related to the domain findmyformula.com from January 1, 2021, to January 1, 2023.

b. Server-side backups or hosted version history for website content including purchase pages, checkout flows, and Terms and Conditions pages related to

RULE 34 REQUESTS - 18
No. 3:24-cv-05808-TMC

**Law Office of Jocelyn C Stewart, Corp.**
1201 Pacific Avenue, Ste 600
Tacoma, WA 98407
Phone: (253) 317-8494

the domain https://findmyformula.com from January 1, 2021, to January 1, 2023.

    c.  Any documentation showing the dates of domain redirection, DNS changes, or publishing transitions by from findmyformula.com to takethesis.com.

    d.  Any metadata, file access logs, or change logs associated with hosting activity or content deployment for findmyformula.com from January 1, 2021, to January 1, 2023.

G.  Copies of all archived versions, codebases, deployment logs, and website backups related to findmyformula.com and takethesis.com from January 1, 2021 to December 31, 2021.

H.  All documents, communications, or directives related to the inclusion, modification, or removal of any Terms and Conditions checkbox or arbitration language on any checkout page.

I.  Logs, correspondence, or internal records related to the use of Carthook or any third-party payment processor, including any checkout flow logic or UI functionality governing purchases.

J.  Documentation identifying the hosting provider(s) for findmyformula.com and takethesis.com during 2021–2022.

K.  Records or screenshots of the purchase process in effect for consumers visiting findmyformula.com on or between February 1, 2021, and December 31, 2021.

L.  Employment, contractor, or developer access records for Sameer Anand, including timeframes of administrative or development access to web infrastructure or codebases.

DATED this 24th day of March, 2025.

RULE 34 REQUESTS - 19
No. 3:24-cv-05808-TMC

**Law Office of Jocelyn C Stewart, Corp.**
1201 Pacific Avenue, Ste 600
Tacoma, WA 98407
Phone: (253) 317-8494

ATTORNEYS FOR PLAINTIFFS


 /s/ Jocelyn C. Stewart
**Jocelyn C. Stewart** WSBA No. 58100
**Law Office of Jocelyn C Stewart, Corp.**
1200 Pacific Ave. # 600
Tacoma, WA 98402
Phone: (253) 212-6940
Email: jocelyn@ucmj-defender.com
Email: jen@ucmj-defender.com




 /s/ Talis M. Abolins
**Talis M. Abolins** WSBA No. 21222
**mctlaw**
1325 4th Ave. # 1730
Seattle, WA 98101
Phone: (206) 487-7371
Email: tabolins@mctlaw.com

RULE 34 REQUESTS - 20
No. 3:24-cv-05808-TMC

**Law Office of Jocelyn C Stewart, Corp.**
1201 Pacific Avenue, Ste 600
Tacoma, WA 98407
Phone: (253) 317-8494