# EXHIBIT 21

Jocelyn Stewart <jocelyn@ucmj-defender.com>

## Re: LeDoux v. Outliers, Inc. et al.; No. 3:24-cv-05808-TMC - Request for Depositions
1 message

**Jen Bassetti** <jen@ucmj-defender.com>  Wed, Apr 16, 2025 at 11:49 AM
To: Rick Houghton <rhoughton@mbssmartlaw.com>
Cc: Jocelyn Stewart <jocelyn@ucmj-defender.com>, Talis Abolins <tabolins@mctlaw.com>, "christianm.mcguire@gmail.com" <christianm.mcguire@gmail.com>, Christian McGuire <cmcguire@mbssmartlaw.com>, Quinn Murphy <qmurphy@mbssmartlaw.com>, "kgreenberg@aretelaw.com" <kgreenberg@aretelaw.com>, "jfischer@aretelaw.com" <jfischer@aretelaw.com>, Jeremy Roller <jroller@aretelaw.com>, Michelle Stratton <mstratton@mbssmartlaw.com>, "lfriedl@grsm.com" <lfriedl@grsm.com>, Kevin Craig <kcraig@grsm.com>, "Seaasbestos@grsm.com" <seaasbestos@grsm.com>, Joshua Severit <jseverit@mgmlaw.com>, Janice Sova <jsova@mgmlaw.com>, David Fisher <dfisher@mgmlaw.com>, Maggie Weilmuenster <mweilmuenster@mgmlaw.com>, "Daniel R. Olsen" <dolsen@mgmlaw.com>, "Olsen_law@comcast.net" <olsen_law@comcast.net>

Good afternoon Mr. Houghton,

In follow-up to my email dated April 8, 2025, please provide dates of availability for the depositions of Sameer Anand and Maranda Lujajohnson between May 19-30. Thank you.

*Jen L. Bassetti-Sirjesse*
**Litigation Paralegal**
Law Office of Jocelyn C Stewart, Corp.
1201 Pacific Avenue, Suite 600
Tacoma, WA 98402

---

**From:** Jen Bassetti <jen@ucmj-defender.com>
**Sent:** Tuesday, April 8, 2025 8:53 AM
**To:** Rick Houghton <rhoughton@mbssmartlaw.com>
**Cc:** Jocelyn Stewart <jocelyn@ucmj-defender.com>; Talis Abolins <tabolins@mctlaw.com>; christianm.mcguire@gmail.com <christianm.mcguire@gmail.com>; Christian McGuire <cmcguire@mbssmartlaw.com>; Quinn Murphy <qmurphy@mbssmartlaw.com>; kgreenberg@aretelaw.com <kgreenberg@aretelaw.com>; jfischer@aretelaw.com <jfischer@aretelaw.com>; Jeremy Roller <jroller@aretelaw.com>; Michelle Stratton <mstratton@mbssmartlaw.com>; lfriedl@grsm.com <lfriedl@grsm.com>; Kevin Craig <kcraig@grsm.com>; Seaasbestos@grsm.com <seaasbestos@grsm.com>; Joshua Severit <jseverit@mgmlaw.com>; Janice Sova <jsova@mgmlaw.com>; David Fisher <dfisher@mgmlaw.com>; Maggie Weilmuenster <mweilmuenster@mgmlaw.com>; Daniel R. Olsen <dolsen@mgmlaw.com>; Olsen_law@comcast.net <olsen_law@comcast.net>
**Subject:** LeDoux v. Outliers, Inc. et al.; No. 3:24-cv-05808-TMC - Request for Depositions

Mr. Houghton,

It is our understanding that your office represents Sameer Anand and Maranda Lujajohnson. Attached find Notices of Intent to Subpoena with 10-days notice and a Subpoena dated for service on April 18, 2025. Thank you for accepting receipt of the subpoenas on behalf of your clients.

Plaintiff would like to depose both witnesses within 2 weeks of receipt of their document production.

Please provide dates of availability for both witnesses between May 19 - 30. We will schedule the deposition and send an updated Subpoena and zoom link upon confirmation.

Thank you.

*Jen L. Bassetti-Sirjesse*
**Litigation Paralegal**
Law Office of Jocelyn C Stewart, Corp.
1201 Pacific Avenue, Suite 600
Tacoma, WA 98402