# EXHIBIT 25

Hon. Tiffany M. Cartwright

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOANN LEDOUX, a single woman.

      Plaintiffs,

      v.

OUTLIERS, INC. (d/b/a THESIS, THESIS
NOOTRPICS, FIND MY FORMULA, and
FORMULA), a Delaware Corporation;
DANIEL FREED, individually; MATT
RUBIN, individually; BRAND
NUTRACEUTICALS, INC. (d/b/a BRAND
NUTRA), a New York Corporation; BRAND
PACKAGING GROUP, INC. (d/b/a BRAND
NUTRACEUTICALS), a New York
Corporation; and John and Jane Does 1-5.
Defendants.

      Defendants.

No. 3:24-cv-05808-TMC

**NOTICE OF WITHDRAWAL**

TO:        THE CLERK OF THE COURT

AND TO:    ALL PARTIES AND THEIR COUNSEL

      Pursuant to LCR 83.2(b)(3) Defendants Outliers, Inc. ("Thesis"), Daniel Freed, and

Matt Rubin (collectively, the "Thesis Defendants") notify the Court and counsel for all parties

that their attorneys, Stuart N. Kaplan of the Law Offices of Stuart N. Kaplan, P.A and Thomas

J. Ali of the Office of Thomas J. Ali, P.A., withdraw as counsel for the Thesis Defendants.

NOTICE OF WITHDRAWAL
No. 3:24-cv-05808-TMC – Page 1



Richard Houghton, Michelle Stratton, and Christian McGuire of Murphy Ball Stratton LLP and Jeremy Roller of Arete Law Group PLLC remain counsel of record for the Thesis Defendants. All further pleadings, notices, and other documents, exclusive of original process, are to be served on remaining counsel.

DATED:  March 25, 2025.

**THE LAW OFFICES OF STUART N. KAPLAN, P.A.**

By: */s/ Stuart N. Kaplan*
Stuart N. Kaplan (admitted *pro hac vice*)
PGA Financial Plaza
3399 PGA Boulevard, Suite 150
Palm Beach Gardens, Florida 33410
Telephone: (561) 296-7900
Facsimile:  (561) 296-7919
Email: skaplan@stuartnkaplanpa.com
Secondary Email:
rbailey@stuartnkaplanpa.com

**OFFICE OF THOMAS J. ALI, P.A.**

By: */s/ Thomas J. Ali*
Thomas J. Ali (admitted *pro hac vice*)
PGA Financial Plaza
3399 PGA Boulevard, Suite 150
Palm Beach Gardens, Florida 33410
Telephone: (561) 296-7900
Facsimile:  (561) 296-7919
Email: tali@stuartnkaplanpa.com
Secondary Email:
rbailey@stuartnkaplanpa.com

*Withdrawing Attorneys for Defendants Outliers, Inc., Daniel Freed, and Matt Rubin*

**MURPHY BALL STRATTON LLP**

By:  */s/ Richard Houghton*
Richard Houghton (TX Bar No. 24121678)
        (admitted *pro hac vice*)
Michelle Stratton (TX Bar No. 24085606)



(admitted *pro hac vice*)
Christian McGuire (OK Bar No. 35334)
(admitted *pro hac vice*)
1001 Fannin Street, Suite 720
Houston, Texas 77002
Phone: (713) 594-9989
mstratton@mbssmartlaw.com
rhoughton@mbssmartlaw.com
cmcguire@mbssmartlaw.com

**ARETE LAW GROUP PLLC**

By:  */s/ Jeremy Roller*
Jeremy E. Roller, WSBA No. 32021
600 University Street, Suite 2420
Seattle, WA 98101
Phone: (206) 428-3250
Fax:    (206) 428-3251
jroller@aretelaw.com

*Remaining Attorneys for Defendants*
*Outliers, Inc., Daniel Freed, and Matt*
*Rubin*

ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250