# EXHIBIT 26



Jocelyn Stewart <jocelyn@ucmj-defender.com>

## LeDoux v. Outliers, Inc. et al -- Thesis Defendants' Responses & Objections to LeDoux's Second Set of Discovery Requests

1 message

**Jeremy Roller** <jroller@aretelaw.com>　　　　　　　　　　　　　　　　　Wed, Apr 23, 2025 at 9:29 PM
To: Christian McGuire <cmcguire@mbssmartlaw.com>, Jen Bassetti <jen@ucmj-defender.com>, Janet Fischer <jfischer@aretelaw.com>, Kaila Greenberg <kgreenberg@aretelaw.com>, Rick Houghton <rhoughton@mbssmartlaw.com>, Quinn Murphy <qmurphy@mbssmartlaw.com>, Michelle Stratton <mstratton@mbssmartlaw.com>, Jocelyn Stewart <jocelyn@ucmj-defender.com>, Talis Abolins <tabolins@mctlaw.com>, "lfriedl@grsm.com" <lfriedl@grsm.com>, "kcraig@grsm.com" <kcraig@grsm.com>, "Seaasbestos@grsm.com" <Seaasbestos@grsm.com>, Joshua Severit <jseverit@mgmlaw.com>, Janice Sova <jsova@mgmlaw.com>, David Fisher <dfisher@mgmlaw.com>, "mweilmuenster@mgmlaw.com" <mweilmuenster@mgmlaw.com>, "Daniel R. Olsen" <dolsen@mgmlaw.com>, "Olsen_law@comcast.net" <Olsen_law@comcast.net>

Good evening, Jocelyn and Talis:

Attached and hereby served on plaintiff are the Thesis Defendants' objections and responses to LeDoux's second set of requests for production.

The Thesis Defendants withdraw their request for production relating to the 22-page declaration.

Thank you,



**Jeremy Roller**
A  600 University Street, Suite 2420
　　Seattle, WA 98101
D  206-428-3254　O  206-428-3250
E  jroller@aretelaw.com
W  www.aretelaw.com

---

 **2025.04.23 Thesis Defs R-2RFPs.pdf**
327K