# EXHIBIT 27

| | |
|---|---|
| 1 | Hon. Tiffany M. Cartwright |
| 2 | |

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| JOANN LEDOUX, a single woman. | No. 3:24-cv-05808-TMC |
| Plaintiffs, | **THESIS DEFENDANTS' NOTICE TO WITHDRAW PENDING MOTION** |
| v. | |
| OUTLIERS, INC. (d/b/a THESIS, THESIS NOOTRPICS, FIND MY FORMULA, and FORMULA), a Delaware Corporation; DANIEL FREED, individually; MATT RUBIN, individually; BRAND NUTRACEUTICALS, INC. (d/b/a BRAND NUTRA), a New York Corporation; BRAND PACKAGING GROUP, INC. (d/b/a BRAND NUTRACEUTICALS), a New York Corporation; and John and Jane Does 1-5. Defendants. | |
| Defendants. | |

Pursuant to LCR 7(*l*), Defendants Outliers, Inc. ("Thesis"), Daniel Freed, and Matthew Rubin (collectively, the "Thesis Defendants") withdraw their Second Motion to Compel Arbitration (Dkt. No. 58).

THESIS DEFENDANTS' NOTICE
TO WITHDRAW PENDING MOTION
No. 3:24-cv-05808-TMC – Page 1



ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: April 23, 2025. | **MURPHY BALL STRATTON LLP** |
| 3 | | |
| 4 | | By: */s/ Richard Houghton* |
| | | Richard Houghton (TX Bar No. 24121678) |
| 5 | | (admitted *pro hac vice*) |
| | | Michelle Stratton (TX Bar No. 24085606) |
| 6 | | (admitted *pro hac vice*) |
| 7 | | Christian McGuire (OK Bar No. 35334) |
| | | (admitted *pro hac vice*) |
| 8 | | 1001 Fannin Street, Suite 720 |
| | | Houston, Texas 77002 |
| 9 | | Phone: (713) 594-9989 |
| 10 | | mstratton@mbssmartlaw.com |
| | | rhoughton@mbssmartlaw.com |
| 11 | | cmcguire@mbssmartlaw.com |
| 12 | | **ARETE LAW GROUP PLLC** |
| 13 | | By: */s/ Jeremy Roller* |
| 14 | | Jeremy E. Roller, WSBA No. 32021 |
| | | 600 University Street, Suite 2420 |
| 15 | | Seattle, WA 98101 |
| | | Phone: (206) 428-3250 |
| 16 | | Fax: (206) 428-3251 |
| | | jroller@aretelaw.com |
| 17 | | |
| 18 | | *Attorneys for Defendants Outliers, Inc., Daniel Freed, and Matt Rubin* |

THESIS DEFENDANTS' NOTICE
TO WITHDRAW PENDING MOTION
No. 3:24-cv-05808-TMC – Page 2

