# EXHIBIT 30

|  | Hon. Tiffany M. Cartwright |
|---|---|

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOANN LEDOUX, a single woman.<br><br>Plaintiffs,<br><br>v.<br><br>OUTLIERS, INC. (d/b/a THESIS, THESIS NOOTRPICS, FIND MY FORMULA, and FORMULA), a Delaware Corporation; DANIEL FREED, individually; MATT RUBIN, individually; BRAND NUTRACEUTICALS, INC. (d/b/a BRAND NUTRA), a New York Corporation; BRAND PACKAGING GROUP, INC. (d/b/a BRAND NUTRACEUTICALS), a New York Corporation; and John and Jane Does 1-5. Defendants.<br><br>Defendants. | No. 3:24-cv-05808-TMC<br><br>**NOTICE TO WITHDRAW MOTION** |

In late 2024, Defendant Outliers, Inc. ("Thesis"), Daniel Freed, and Matt Rubin (collectively, the "Thesis Defendants") moved to compel arbitration. *See* Motion to Compel Arbitration, Stay Case, or in the Alternative Dismiss Case (Dkt. No. 14). On February 18, 2025, the Court denied the motion without prejudice to refiling. *See* Order Denying Motion to Compel Arbitration and Granting in Part and Denying in Part Motion to Dismiss (Dkt. No. 39). In March, the Thesis Defendants retained new counsel and filed a second motion to

NOTICE TO WITHDRAW MOTION
No. 3:24-cv-05808-TMC – Page 1

ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250

compel arbitration. *See* Thesis Defendants' Second Motion to Compel Arbitration (Dkt. No. 58).

Last month, the Thesis Defendants elected to withdraw their Second Motion to Compel Arbitration and proceed with litigation on the merits. *See* Thesis Defendants' Notice to Withdraw Pending Motion (Dkt. No. 86). On April 30, 2025, the Thesis Defendants, the Brand Defendants, and LeDoux jointly moved to lift the stay of merits discovery. *See* Stipulated Motion and [Proposed] Order Regarding Lifting Stay on Discovery (Dkt. No. 87). This Court granted that Stipulated Motion the same day. *See* Stipulated Motion and Order Regarding Lifting Stay on Discovery (Dkt. No. 88).

At LeDoux's request, the Thesis Defendants withdraw the First Motion to Compel Arbitration (Dkt. No. 14), the Thesis Defendants' Reply in Support of that Motion (Dkt. No. 29), and all supporting materials, including the Affidavit of Daniel Freed and the exhibits attached thereto (Dkt. No. 15) and the Affidavit of Ben Fisher (Dkt. No. 29-1). The Thesis Defendants also stipulate that they shall not seek to arbitrate claims or disputes raised in LeDoux's First Amended Complaint (Dkt. No. 45) or appeal any denial of arbitration regarding the same.

DATED: May 7, 2025.

**MURPHY BALL STRATTON LLP**

By: */s/ Richard Houghton*
Richard Houghton (TX Bar No. 24121678)
    (admitted *pro hac vice*)
Michelle Stratton (TX Bar No. 24085606)
    (admitted *pro hac vice*)
Christian McGuire (OK Bar No. 35334)
    (admitted *pro hac vice*)
1001 Fannin Street, Suite 720
Houston, Texas 77002
Phone: (713) 594-9989
mstratton@mbssmartlaw.com
rhoughton@mbssmartlaw.com
cmcguire@mbssmartlaw.com

NOTICE TO WITHDRAW MOTION
No. 3:24-cv-05808-TMC – Page 2

ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250

**ARETE LAW GROUP PLLC**

By: /s/ Jeremy Roller
Jeremy E. Roller, WSBA No. 32021
600 University Street, Suite 2420
Seattle, WA 98101
Phone: (206) 428-3250
Fax:    (206) 428-3251
jroller@aretelaw.com

*Attorneys for Defendants Outliers, Inc.,
Daniel Freed, and Matt Rubin*

NOTICE TO WITHDRAW MOTION
No. 3:24-cv-05808-TMC – Page 3

ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250