# EXHIBIT 31

IN THE U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOANN LEDOUX, a single woman.<br><br>                               Plaintiff,<br>vs.<br><br>OUTLIERS, INC. (d/b/a THESIS, THESIS NOOTRPICS, FIND MY FORMULA, and FORMULA), a Delaware Corporation; DANIEL FREED, individually; MATT RUBIN, individually; BRAND NUTRACEUTICALS, INC. (d/b/a BRAND NUTRA), a New York Corporation; BRAND PACKAGING GROUP, INC. (d/b/a BRAND NUTRACEUTICALS), a New York Corporation; and John and Jane Does 1-5.<br><br>                               Defendants. | No. 3:24-cv-05808-TMC<br><br>**NOTICE OF INTENT TO SERVE SUBPOENA** |

TO:    ALL PARTIES AND THEIR ATTORNEYS

       PLEASE TAKE NOTICE that Plaintiff intends to arrange issuance and service of the attached Subpoena to Sameer Anand on Friday, April 18, 2025, pursuant to and in the format required by the Uniform Interstate Depositions and Discovery Act.

       DATED this 8th day of April, 2025.

NOTICE OF INTENT TO SERVE SUBPOENA - 1
No. 3:24-cv-05808-TMC

**Law Office of Jocelyn C Stewart, Corp.**
1201 Pacific Avenue, Ste 600
Tacoma, WA 98407
Phone: (253) 317-8494

1  ATTORNEYS FOR PLAINTIFFS

2

3

4  _/s/ Jocelyn C. Stewart_____
   **Jocelyn C. Stewart** WSBA No. 58100
   **Law Office of Jocelyn C Stewart, Corp.**
5  1200 Pacific Ave. # 600
   Tacoma, WA 98402
6  Phone: (253) 212-6940
   Email: jocelyn@ucmj-defender.com
7  Email: jen@ucmj-defender.com

8

9

10 _/s/ Talis M. Abolins_____
   **Talis M. Abolins** WSBA No. 21222
11 **mctlaw**
   1325 4th Ave. # 1730
12 Seattle, WA 98101
   Phone: (206) 487-7371
13 Email: tabolins@mctlaw.com

14

15

16

17

18

19

20

21

22

23

24

25

NOTICE OF INTENT TO SERVE SUBPOENA - 2
No. 3:24-cv-05808-TMC

**Law Office of Jocelyn C Stewart, Corp.**
1201 Pacific Avenue, Ste 600
Tacoma, WA 98407
Phone: (253) 317-8494

# CERTIFICATE OF SERVICE

I hereby certify that on this date I caused true and correct copies of the foregoing document to be served upon the following, at the addresses stated below, via electronic transmission.

| | |
|---|---|
| Jeremy E. Roller, Esq.<br>Arete Law Group<br>600 University St., Ste 2420<br>Seattle, WA 98101-129<br><br>jroller@aretelaw.com<br>jfischer@aretelaw.com<br>kgreenberg@aretelaw.com | *Attorneys for Defendants Outliers, Inc., Matt Rubin, and Daniel Freed* |
| Richard D. Houghton, *Pro Hac Vice*<br>Michelle Stratton, *Pro Hac Vice*<br>Christian McGuire, *Pro Hac Vice*<br>Murphy Ball Stratton, LLP<br>1001 Fannin, Ste 720<br>Houston, TX 77002<br><br>rhoughton@mbssmartlaw.com<br>qmurphy@mbssmartlaw.com<br>mstratton@mbssmartlaw.com<br>cmcguire@mbssmartlaw.com<br>christianm.mcguire@gmail.com | *Attorneys for Defendants Outliers, Inc., Matt Rubin, and Daniel Freed* |
| Christian McGuire, *Pro Hac Vice*<br>Murphy Ball Stratton, LLP<br>2219 E. 11th Street, Apt. 129<br>Tulsa, OK 74104<br><br>cmcguire@mbssmartlaw.com<br>christianm.mcguire@gmail.com | *Attorneys for Defendants Outliers, Inc., Matt Rubin, and Daniel Freed* |
| Laurie M. Friedl, Esq.<br>Kevin J. Craig, Esq.<br>Gordon Rees Scully Mansukhani, LLP<br>701 Fifth Avenue, Ste 2100<br>Seattle, WA 98104<br><br>lfriedl@grsm.com<br>kcraig@grsm.com<br>Seaasbestos@grsm.com | *Attorneys for Defendants Brand Nutraceuticals, and Brand Packaging Group, Inc.* |

| | |
|---|---|
| NOTICE OF INTENT TO SERVE SUBPOENA - 3<br>No. 3:24-cv-05808-TMC | **Law Office of Jocelyn C Stewart, Corp.**<br>1201 Pacific Avenue, Ste 600<br>Tacoma, WA 98407<br>Phone: (253) 317-8494 |

| | |
|---|---|
| Joshua N. Severit, *Pro Hac Vice*<br>David J. Fisher, *Pro Hac Vice*<br>Manning Gross + Massenburg, LLP<br>1405 N. Green Mount Road, Ste 400<br>O'Fallon, IL 62269<br><br>jseverit@mgmlaw.com<br>dfisher@mgmlaw.com<br>mweilmuenster@mgmlaw.com | *Attorneys for Defendants Brand Nutraceuticals,<br>and Brand Packaging Group, Inc.* |
| Daniel R. Olsen, *Pro Hac Vice*<br>Manning Gross + Massenburg, LLP<br>100 Pringle Avenue, Ste 750<br>Walnut Creek, CA 94596<br><br>dolsen@mgmlaw.com<br>Olsen_law@comcast.net | *Attorneys for Defendants Brand Nutraceuticals,<br>and Brand Packaging Group, Inc.* |

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Executed on April 8, 2025 in Monroe, Washington.

*/s/ Jen L. Bassetti*
Jen L. Bassetti, Litigation Paralegal

NOTICE OF INTENT TO SERVE SUBPOENA - 4
No. 3:24-cv-05808-TMC

**Law Office of Jocelyn C Stewart, Corp.**
1201 Pacific Avenue, Ste 600
Tacoma, WA 98407
Phone: (253) 317-8494