# EXHIBIT 34



Jocelyn Stewart <jocelyn@ucmj-defender.com>

## LeDoux v. Outliers, Inc. et al.; No. 3:24-cv-05808-TMC
1 message

**Eric Robert Freiman** <EFreiman@phillipslytle.com>      Fri, May 9, 2025 at 9:34 AM
To: Jocelyn Stewart <jocelyn@ucmj-defender.com>, Talis Abolins <tabolins@mctlaw.com>
Cc: "Myles K. Bartley" <MBartley@phillipslytle.com>, Rick Houghton <rhoughton@mbssmartlaw.com>

Ms. Stewart,

We have been engaged as counsel for non-parties Sameer Anand and Maranda Lujajohnson in the above-referenced action. We understand that you have received their initial responses and objections to the subpoena. Please be advised that we will be serving amended responses and objections, which we expect to provide by the end of next week. Please direct all future correspondence in this matter to me and Myles Bartley (contact information is below).

Thank you for your attention to this matter.

Regards,
Eric Freiman


**Myles K. Bartley**
Partner
620 Eighth Ave
38th Floor
New York, NY 10018-1442
Phone 212 508 0423
Mobile 347 563 4063
Fax 212 308 9079
MBartley@phillipslytle.com
www.phillipslytle.com
Download vCard


**Eric Robert Freiman**
Associate



620 Eighth Ave
38th Floor

New York, NY 10018-1442
Phone 212 508 0472
Fax 212 308 9079
EFreiman@phillipslytle.com
www.phillipslytle.com
Download vCard



Think before you print and save a tree.

This electronic transmission and any attachments hereto are intended only for the use of the individual or entity to which it is addressed and may contain confidential information belonging to the sender which is protected by the attorney-client privilege. If you have reason to believe that you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this electronic transmission is strictly prohibited. If you have reason to believe that you have received this transmission in error, please notify immediately by return e-mail and delete and destroy this communication.

**WARNING**: E-mail communications cannot be guaranteed to be timely, secure, error-free or virus-free. The recipient of this communication should check this e-mail and each attachment for the presence of viruses. The sender does not accept any liability for any errors or omissions in the content of this electronic communication which arises as a result of e-mail transmission.