# EXHIBIT 35



Jocelyn Stewart <jocelyn@ucmj-defender.com>

## Re: LeDoux v. Outliers, Inc. et al.; No. 3:24-cv-05808-TMC
1 message

**Jocelyn Stewart** <jocelyn@ucmj-defender.com>  Fri, May 9, 2025 at 9:55 AM
To: Eric Robert Freiman <EFreiman@phillipslytle.com>
Cc: Talis Abolins <tabolins@mctlaw.com>, "Myles K. Bartley" <MBartley@phillipslytle.com>, Jen Bassetti <jen@ucmj-defender.com>

Mr. Frieman,

Can you also please cc my civil litigation paralegal, Jen, in our correspondence going forward?

Thanks so much.

R/

Jocelyn

On Fri, May 9, 2025 at 9:54 AM Jocelyn Stewart <jocelyn@ucmj-defender.com> wrote:
> Mr. Freiman,
>
> Thanks for your update.
>
> We recognize that there were some issues with the latest subpoenas. Perhaps it would be best to hold off re-issuing your objections.
>
> I am addressing them today, in fact.
>
> Does this also mean that you accept subpoenas on behalf of your clients, Ms. Lujajohnson and Mr. Anand?
>
> Best regards,
>
> Jocelyn
>
> On Fri, May 9, 2025 at 9:34 AM Eric Robert Freiman <EFreiman@phillipslytle.com> wrote:
>> Ms. Stewart,
>>
>>
>> We have been engaged as counsel for non-parties Sameer Anand and Maranda Lujajohnson in the above-referenced action. We understand that you have received their initial responses and objections to the subpoena. Please be advised that we will be serving amended responses and objections, which we expect to provide by the end of next week. Please direct all future correspondence in this matter to me and Myles Bartley (contact information is below).
>>
>>
>> Thank you for your attention to this matter.
>>
>>
>> Regards,
>> Eric Freiman

**Myles K. Bartley**
Partner
620 Eighth Ave
38th Floor
New York, NY 10018-1442
Phone 212 508 0423
Mobile 347 563 4063
Fax 212 308 9079
MBartley@phillipslytle.com
www.phillipslytle.com
Download vCard

**Eric Robert Freiman**
Associate



620 Eighth Ave
38th Floor
New York, NY 10018-1442
Phone 212 508 0472
Fax 212 308 9079

EFreiman@phillipslytle.com
www.phillipslytle.com
Download vCard



Think before you print and save a tree.

This electronic transmission and any attachments hereto are intended only for the use of the individual or entity to which it is addressed and may contain confidential information belonging to the sender which is protected by the attorney-client privilege. If you have reason to believe that you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this electronic transmission is strictly prohibited. If you have reason to believe that you have received this transmission in error, please notify immediately by return e-mail and delete and destroy this communication.

**WARNING**: E-mail communications cannot be guaranteed to be timely, secure, error-free or virus-free. The recipient of this communication should check this e-mail and each attachment for the presence of viruses. The sender does not accept any liability for any errors or omissions in the content of this electronic communication which arises as a result of e-mail transmission.

--

JOCELYN C. STEWART
Lieutenant Colonel (Retired)
Civilian Defense Counsel

Law Office of Jocelyn C Stewart, Corp.

TikTok: @MessyMilitaryLawyer
YouTube: Showcase Video
Podcast: Where All the Bodies Are Buried

--

JOCELYN C. STEWART
Lieutenant Colonel (Retired)
Civilian Defense Counsel
Law Office of Jocelyn C Stewart, Corp.

TikTok: @MessyMilitaryLawyer
YouTube: Showcase Video
Podcast: Where All the Bodies Are Buried