# EXHIBIT 36

Jocelyn Stewart <jocelyn@ucmj-defender.com>

## LeDoux v. Outliers, Inc. et al.; No. 3:24-cv-05808-TMC
1 message

**Jen Bassetti** <jen@ucmj-defender.com>  Fri, May 9, 2025 at 4:26 PM
To: "EFreiman@phillipslytle.com" <EFreiman@phillipslytle.com>, "MBartley@phillipslytle.com" <MBartley@phillipslytle.com>
Cc: Jeremy Roller <jroller@aretelaw.com>, Janet Fischer <jfischer@aretelaw.com>, Kaila Greenberg <kgreenberg@aretelaw.com>, Rick Houghton <rhoughton@mbssmartlaw.com>, Quinn Murphy <qmurphy@mbssmartlaw.com>, Michelle Stratton <mstratton@mbssmartlaw.com>, Christian McGuire <cmcguire@mbssmartlaw.com>, "christianm.mcguire@gmail.com" <christianm.mcguire@gmail.com>, "lfriedl@grsm.com" <lfriedl@grsm.com>, Kevin Craig <kcraig@grsm.com>, "Seaasbestos@grsm.com" <seaasbestos@grsm.com>, Joshua Severit <jseverit@mgmlaw.com>, Janice Sova <jsova@mgmlaw.com>, David Fisher <dfisher@mgmlaw.com>, Maggie Weilmuenster <mweilmuenster@mgmlaw.com>, "Daniel R. Olsen" <dolsen@mgmlaw.com>, "Olsen_law@comcast.net" <olsen_law@comcast.net>, Talis Abolins <tabolins@mctlaw.com>, Jocelyn Stewart <jocelyn@ucmj-defender.com>

Good afternoon Mr. Freiman and Mr. Bartley,

Thank you for your email conveying that your office represents Sameer Anand and Maranda Lujajohnson. Attached find Notices of Intent to Subpoena with 10-days notice and a Subpoena dated for service on May 19, 2025. Thank you for accepting receipt of the subpoenas on behalf of your clients.

Plaintiff would like to depose both witnesses within 2 weeks of receipt of their document production. Please provide dates of availability for both witnesses between June 19 - July 3. We will schedule the deposition and send an updated Subpoena and zoom link upon confirmation.

Thank you.

*Jen L. Bassetti-Sirjesse*
**Litigation Paralegal**
Law Office of Jocelyn C Stewart, Corp.
1201 Pacific Avenue, Suite 600
Tacoma, WA 98402

---

**4 attachments**

- 📄 **25-05-09 Notice of Intent- Anand.pdf**
  107K

- 📄 **25-05-19 SDT- Anand.pdf**
  204K

- 📄 **25-05-09 Notice of Intent- Lujajohnson.pdf**
  107K

- 📄 **25-05-19 SDT- Lujajohnson.pdf**
  206K