# EXHIBIT 39



Jocelyn Stewart <jocelyn@ucmj-defender.com>

# RE: LeDoux v. Outliers, Inc. et al.; No. 3:24-cv-05808-TMC
1 message

**Eric Robert Freiman** <EFreiman@phillipslytle.com>  Wed, May 28, 2025 at 11:20 AM
To: Jocelyn Stewart <jocelyn@ucmj-defender.com>
Cc: Jen Bassetti <jen@ucmj-defender.com>, "Myles K. Bartley" <MBartley@phillipslytle.com>

Good Afternoon,

Please find attached above the objections and responses of Sameer Ananda and Maranda Lujajohnson to the non-party subpoenas dated May 19, 2025. Thank you for your attention to this matter.

Regards,

Eric Freiman

---

**From:** Jen Bassetti <jen@ucmj-defender.com>
**Sent:** Friday, May 9, 2025 7:27 PM
**To:** Eric Robert Freiman <EFreiman@phillipslytle.com>; Myles K. Bartley <MBartley@phillipslytle.com>
**Cc:** Jeremy Roller <jroller@aretelaw.com>; Janet Fischer <jfischer@aretelaw.com>; Kaila Greenberg <kgreenberg@aretelaw.com>; Rick Houghton <rhoughton@mbssmartlaw.com>; Quinn Murphy <qmurphy@mbssmartlaw.com>; Michelle Stratton <mstratton@mbssmartlaw.com>; Christian McGuire <cmcguire@mbssmartlaw.com>; christianm.mcguire@gmail.com; lfriedl@grsm.com; Kevin Craig <kcraig@grsm.com>; Seaasbestos@grsm.com; Joshua Severit <jseverit@mgmlaw.com>; Janice Sova <jsova@mgmlaw.com>; David Fisher <dfisher@mgmlaw.com>; Maggie Weilmuenster <mweilmuenster@mgmlaw.com>; Daniel R. Olsen <dolsen@mgmlaw.com>; Olsen_law@comcast.net; Talis Abolins <tabolins@mctlaw.com>; Jocelyn Stewart <jocelyn@ucmj-defender.com>
**Subject:** LeDoux v. Outliers, Inc. et al.; No. 3:24-cv-05808-TMC

**WARNING:** The sender of this email could not be validated and may not match the person in the "From" field.

**ATTENTION EXTERNAL EMAIL:** Use Caution with attachments and links!

Good afternoon Mr. Freiman and Mr. Bartley,

Thank you for your email conveying that your office represents Sameer Anand and Maranda Lujajohnson. Attached find Notices of Intent to Subpoena with 10-days notice and a Subpoena dated for service on May 19, 2025. Thank you for accepting receipt of the subpoenas on behalf of your clients.

Plaintiff would like to depose both witnesses within 2 weeks of receipt of their document production. Please provide dates of availability for both witnesses between June 19 - July 3. We will schedule the deposition and send an updated Subpoena and zoom link upon confirmation.

Thank you.

Jen L. Bassetti-Sirjesse

**Litigation Paralegal**

Law Office of Jocelyn C Stewart, Corp.
1201 Pacific Avenue, Suite 600
Tacoma, WA 98402

**Eric Robert Freiman**
Associate



620 Eighth Ave
38th Floor
New York, NY 10018-1442
Phone 212 508 0472
Fax 212 308 9079
EFreiman@phillipslytle.com
www.phillipslytle.com
Download vCard


Think before you print and save a tree.

This electronic transmission and any attachments hereto are intended only for the use of the individual or entity to which it is addressed and may contain confidential information belonging to the sender which is protected by the attorney-client privilege. If you have reason to believe that you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this electronic transmission is strictly prohibited. If you have reason to believe that you have received this transmission in error, please notify immediately by return e-mail and delete and destroy this communication.

**WARNING**: E-mail communications cannot be guaranteed to be timely, secure, error-free or virus-free. The recipient of this communication should check this e-mail and each attachment for the presence of viruses. The sender does not accept any liability for any errors or omissions in the content of this electronic communication which arises as a result of e-mail transmission.

**2 attachments**


**2025.05.28 Objs  Responses to SDT (M. Lujajohnsson)(1886106.1)-C.pdf**
408K

**2025.05.28 Objs Responses to SDT (S. Anand)(1886098.1)-C.pdf**
402K