# EXHIBIT 41



Jocelyn Stewart <jocelyn@ucmj-defender.com>

## LeDoux v. Outliers, Inc. et al.; No. 3:24-cv-05808-TMC - Notice of Deposition to Sameer Anand
1 message

**Jen Bassetti** <jen@ucmj-defender.com>  Tue, Jun 10, 2025 at 1:58 PM
To: "EFreiman@phillipslytle.com" <efreiman@phillipslytle.com>, "MBartley@phillipslytle.com" <mbartley@phillipslytle.com>
Cc: Talis Abolins <tabolins@mctlaw.com>, Jocelyn Stewart <jocelyn@ucmj-defender.com>

Good afternoon Mr. Freiman,

Please find attached a courtesy copy of the Notice of Video-Recorded Deposition and Subpoena directed to your client, Sameer Anand, that are out for personal service.

Thank you.

*Jen L. Bassetti-Sirjesse*
**Litigation Paralegal**
Law Office of Jocelyn C Stewart, Corp.

1201 Pacific Avenue, Suite 600
Tacoma, WA 98402

**2 attachments**

📄 **25-06-10 NOD Video- Anand.pdf**
191K

📄 **25-06-10 Subpoena- Anand.pdf**
301K