# EXHIBIT 43

|   |   |
|---|---|
| 1 | Honorable Judge Tiffany M. Cartwright |

## IN THE U.S. DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| JOANN LEDOUX, a single woman.<br><br>　　　　　　　Plaintiff,<br>vs.<br><br>OUTLIERS, INC. (d/b/a THESIS, THESIS NOOTRPICS, FIND MY FORMULA, and FORMULA), a Delaware Corporation; DANIEL FREED, individually; MATT RUBIN, individually; BRAND NUTRACEUTICALS, INC. (d/b/a BRAND NUTRA), a New York Corporation; BRAND PACKAGING GROUP, INC. (d/b/a BRAND NUTRACEUTICALS), a New York Corporation; and John and Jane Does 1-5.<br><br>　　　　　　　Defendants. | No. 3:24-cv-05808-TMC<br><br>**NOTICE OF VIDEO-RECORDED DEPOSITION OF SAMEER ANAND** |

**TO:**　　SAMEER ANAND
　　　　　7 W. 21st Street, Apt. 4A
　　　　　New York, NY 10010

AND TO:　　Attorneys For Defendants

　　YOU AND EACH OF YOU WILL PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 30, the deposition testimony upon oral examination of the following described person will be taken before a certified court reporter and videographer at the following time, date, and place:

| | |
|---|---|
| NOTICE OF VIDEO-RECORDED DEPOSITION OF SAMEER ANAND - 1<br>No. 3:24-cv-05808-TMC | **Law Office of Jocelyn C Stewart, Corp.**<br>1201 Pacific Avenue, Ste 600<br>Tacoma, WA 98407<br>Phone: (253) 317-8494 |

| | | |
|---|---|---|
| Witness: | Sameer Anand | |
| Date: | July 14, 2025 (Monday) | |
| Time: | 9:00 a.m. Eastern Standard Time | |
| Location: | Baritz Colman Richan & Harris LLP<br>233 Broadway, Ste 2020<br>New York, NY 10279 | |

This testimony upon oral examination will be taken on the ground and for the reason the said person is a party to or a witness in the above-entitled action and will give evidence material to the establishment of the plaintiff's case.

Prior to the deposition, Sameer Anand is commanded to produce the documents requested in the accompanying Subpoena, and to otherwise respond on the record by stating what, if any documents, data or information exists and whether such documents / data are being produced or withheld and the legal basis for any objection. All such responses and the actual production and furnishing of documents / data **shall be due on or before July 14, 2025** at 9:00 a.m. EST.

This deposition shall be subject to continuance or adjournment from time to time or place to place until completed, and to be taken on the grounds and for the reason the said witness will give trial testimony and any and all other purposes permitted under the Court Rules.

DATED this 10th day of June, 2025.

ATTORNEYS FOR PLAINTIFFS

*/s/ Jocelyn C. Stewart*
**Jocelyn C. Stewart** WSBA No. 58100
**Law Office of Jocelyn C Stewart, Corp.**
1200 Pacific Ave. # 600

NOTICE OF VIDEO-RECORDED DEPOSITION OF SAMEER ANAND - 2
No. 3:24-cv-05808-TMC

Law Office of Jocelyn C Stewart, Corp.
1201 Pacific Avenue, Ste 600
Tacoma, WA 98407
Phone: (253) 317-8494

1  Tacoma, WA 98402
   Phone: (253) 212-6940
2  Email: jocelyn@ucmj-defender.com
   Email: jen@ucmj-defender.com
3

4

   /s/ Talis M. Abolins
5  **Talis M. Abolins** WSBA No. 21222
   **mctlaw**
6  1325 4th Ave. # 1730
   Seattle, WA 98101
7  Phone: (206) 487-7371
   Email: tabolins@mctlaw.com
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

NOTICE OF VIDEO-RECORDED DEPOSITION OF SAMEER ANAND - 3
No. 3:24-cv-05808-TMC

**Law Office of Jocelyn C Stewart, Corp.**
1201 Pacific Avenue, Ste 600
Tacoma, WA 98407
Phone: (253) 317-8494

# CERTIFICATE OF SERVICE

I hereby certify that on this date I caused true and correct copies of the foregoing document to be served upon the following, at the addresses stated below, via electronic transmission.

| | |
|---|---|
| Jeremy E. Roller, Esq.<br>Arete Law Group<br>600 University St., Ste 2420<br>Seattle, WA 98101-129<br><br>jroller@aretelaw.com<br>jfischer@aretelaw.com<br>kgreenberg@aretelaw.com | *Attorneys for Defendants Outliers, Inc., Matt Rubin, and Daniel Freed* |
| Richard D. Houghton, *Pro Hac Vice*<br>Michelle Stratton, *Pro Hac Vice*<br>Murphy Ball Stratton, LLP<br>1001 Fannin, Ste 720<br>Houston, TX 77002<br><br>rhoughton@mbssmartlaw.com<br>qmurphy@mbssmartlaw.com<br>mstratton@mbssmartlaw.com | *Attorneys for Defendants Outliers, Inc., Matt Rubin, and Daniel Freed* |
| Christian McGuire, *Pro Hac Vice*<br>Murphy Ball Stratton, LLP<br>2219 E. 11th Street, Apt. 129<br>Tulsa, OK 74104<br><br>cmcguire@mbssmartlaw.com<br>christianm.mcguire@gmail.com | *Attorneys for Defendants Outliers, Inc., Matt Rubin, and Daniel Freed* |
| Laurie M. Friedl, Esq.<br>Kevin J. Craig, Esq.<br>Gordon Rees Scully Mansukhani, LLP<br>701 Fifth Avenue, Ste 2100<br>Seattle, WA 98104<br><br>lfriedl@grsm.com<br>kcraig@grsm.com<br>Seaasbestos@grsm.com | *Attorneys for Defendants Brand Nutraceuticals, and Brand Packaging Group, Inc.* |
| Joshua N. Severit, *Pro Hac Vice*<br>David J. Fisher, *Pro Hac Vice*<br>Manning Gross + Massenburg, LLP | *Attorneys for Defendants Brand Nutraceuticals, and Brand Packaging Group, Inc.* |

| | |
|---|---|
| NOTICE OF VIDEO-RECORDED DEPOSITION<br>OF SAMEER ANAND - 4<br>No. 3:24-cv-05808-TMC | **Law Office of Jocelyn C Stewart, Corp.**<br>1201 Pacific Avenue, Ste 600<br>Tacoma, WA 98407<br>Phone: (253) 317-8494 |

| | |
|---|---|
| 1405 N. Green Mount Road, Ste 400<br>O'Fallon, IL 62269<br><br>jseverit@mgmlaw.com<br>dfisher@mgmlaw.com<br>jsova@mgmlaw.com<br>lbradley@mgmlaw.com<br><br>Daniel R. Olsen, *Pro Hac Vice*<br>Manning Gross + Massenburg, LLP<br>100 Pringle Avenue, Ste 750<br>Walnut Creek, CA 94596<br><br>dolsen@mgmlaw.com<br>Olsen_law@comcast.net | <br><br><br><br><br><br><br><br>*Attorneys for Defendants Brand Nutraceuticals, and Brand Packaging Group, Inc.* |
| Eric Robert Freiman<br>Myles K. Bartley<br>Phillips Lytle<br>620 Eighth Ave, 38th Floor<br>New York, NY 10018-1442<br><br>EFreiman@phillipslytle.com<br>MBartley@phillipslytle.com | *Attorneys for Non-Parties Sameer Anand and Maranda Lujajohnson* |

DATED this 10th day of June, 2025.

*Jen L. Bassetti*
Jen L. Bassetti, Litigation Paralegal

NOTICE OF VIDEO-RECORDED DEPOSITION
OF SAMEER ANAND - 5
No. 3:24-cv-05808-TMC

**Law Office of Jocelyn C Stewart, Corp.**
1201 Pacific Avenue, Ste 600
Tacoma, WA 98407
Phone: (253) 317-8494