# EXHIBIT 44



Joann Ledoux v. Outliers, Inc. (d/b/a Thesis, Thesis Nootropics; ET AL | Case #3:24-cv-05808-TMC

# Joann Ledoux v. Outliers, Inc. (d/b/a Thesis, Thesis Nootropics; ET AL | Case Number 3:24-cv-05808-TMC | US District Court, Washington, Western District, Tacoma

## Sameer Anand  **SERVED**

7 W 21st St Apt 4A New York, NY 10010-7010

Summary

Sameer Anand was served by Personal Service on 6/30/2025 at 9:12 PM EDT by process server Michael Whyte.

2 prior service attempts were made over a period of 6 days at 7 W 21st St Apt 4A New York, NY 10010-7010 before service was completed.

The subject's address was provided by the customer. Residency was confirmed by recent mail forwarding, skip trace and review of credit headers.

## Process Server



**Michael Whyte**
License: 2075574-DCA

## Validation Checks

         

Age Match        GPS            Photo Taken        NCOA

## Personal Service

Timestamp
6/30/2025 9:12 PM EDT

Served by
Michael Whyte

Description
I delivered the documents to Sameer Anand with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired Middle Eastern male contact 25-35 years of age, 5'8"-5'10" tall and weighing 160-180 lbs.

## Location of Service



Joann Ledoux v. Outliers, Inc. (d/b/a Thesis, Thesis Nootropics; ET AL | Case #3:24-cv-05808-TMC



**Service Address**  7 W 21st St Apt 4A New York, NY 10010-7010

**GPS Coordinates**  40.740763 -73.991628

## Photos



## Event History

| 4 | Served by Personal Service | 6/30/2025 9:12 PM EDT |
|---|---|---|

By delivery to Sameer Anand, I delivered the documents to Sameer Anand with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired Middle Eastern male contact 25-35 years of age, 5'8"-5'10" tall and weighing 160-180 lbs.

7 W 21st St Apt 4A, New York, NY 10010-7010          GPS Coordinates: 40.740799 -73.991276



Location Map



Joann Ledoux v. Outliers, Inc. (d/b/a Thesis, Thesis Nootropics; ET AL | Case #3:24-cv-05808-TMC



**MW**    **Process Server:** Michael Whyte , License: 2075574-DCA

| 3 | Service Attempt | 6/26/2025 2:22 PM EDT |
|---|---|---|

I spoke with an individual who identified themselves as the doorman ring with no response and they stated subject resides but not available at this time.

7 W 21st St Apt 4A, New York, NY 10010-7010         GPS Coordinates: 40.740799 -73.991276



Location Map

**MW**    **Process Server:** Michael Whyte , License: 2075574-DCA

| 2 | Service Attempt | 6/20/2025 7:48 PM EDT |
|---|---|---|

I spoke with an individual who identified themselves as the doorman ring with no response and they stated subject resides but not available at this time.

7 W 21st St Apt 4A, New York, NY 10010-7010         GPS Coordinates: 40.740799 -73.991276



Joann Ledoux v. Outliers, Inc. (d/b/a Thesis, Thesis Nootropics; ET AL | Case #3:24-cv-05808-TMC



**Location Map**



| MW | **Process Server:** Michael Whyte , License: 2075574-DCA | |
|---|---|---|
| 1 | **Process Server Assigned** | 6/20/2025<br>1:51 PM EDT |

Process server received documents  for Sameer Anand

| MW | **Process Server:** Michael Whyte , License: 2075574-DCA |
|---|---|