# EXHIBIT 45

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.   **3:24-cv-05808-TMC**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for   **Sameer Anand** on   **6/20/2025:**

[X]   I served the subpoena by delivering a copy to the named person as follows: **7 W 21st St, Apt 4A, New York, NY 10010** on **06/30/2025 at 9:12 PM**

**I delivered the documents, SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION DIRECTED TO SAMEER ANAND; NOTICE OF VIDEO-RECORDED DEPOSITION OF SAMEER ANAND, to Sameer Anand with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired Middle Eastern male contact 25-35 years of age, 5'8"-5'10" tall and weighing 160-180 lbs.**; or

[ ]   I returned the summons unexecuted because

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

**$ 41.80**

My fees are **$ 0.00** for travel and **$ 121.80** for services, for a total of **$ 121.80**.

I declare under penalty of perjury that this information is true.

Date:   06/30/2025

_____
*Server's signature*

**Michael Whyte**
*Printed name and title*

**392 Roberts Avenue
Apt. 1
Yonkers, NY 10701**

_____
*Server's address*

Additional information regarding attempted service, etc:




Tracking #: **0175893078**