# EXHIBIT 47



Jocelyn Stewart <jocelyn@ucmj-defender.com>

## RE: LeDoux v. Outliers, Inc. et al.; No. 3:24-cv-05808-TMC - Anand / Marcial / meet and confer
1 message

---

**Myles K. Bartley** <MBartley@phillipslytle.com>     Wed, Jul 9, 2025 at 10:16 AM
To: Jen Bassetti <jen@ucmj-defender.com>
Cc: Talis Abolins <tabolins@mctlaw.com>, Jocelyn Stewart <jocelyn@ucmj-defender.com>, "Michael W. Held" <MHeld@phillipslytle.com>

Apologies if you are receiving this twice, but we received "could not be delivered" messages for Ms. Stewart and Mr. Abolins. Please see below regarding a request for a meet and confer.

Counsel:

We represent Messrs. Anand and Marcial in connection with the subpoenas served in the *Ledoux v. Outliers, Inc.* matter.

We are requesting a meet and confer regarding both subpoenas. We are available tomorrow, Thursday, July 10, from noon ET until 6:00 PM ET, and from 9:00 AM until 1:00 PM ET on Friday, July 11.

Please let us know your availability and we'll set up a call.

Best regards,
Myles Bartley

---

**From:** Jen Bassetti <jen@ucmj-defender.com>
**Sent:** Friday, May 9, 2025 7:27 PM
**To:** Eric Robert Freiman <EFreiman@phillipslytle.com>; Myles K. Bartley <MBartley@phillipslytle.com>
**Cc:** Jeremy Roller <jroller@aretelaw.com>; Janet Fischer <jfischer@aretelaw.com>; Kaila Greenberg <kgreenberg@aretelaw.com>; Rick Houghton <rhoughton@mbssmartlaw.com>; Quinn Murphy <qmurphy@mbssmartlaw.com>; Michelle Stratton <mstratton@mbssmartlaw.com>; Christian McGuire <cmcguire@mbssmartlaw.com>; christianm.mcguire@gmail.com; lfriedl@grsm.com; Kevin Craig <kcraig@grsm.com>; Seaasbestos@grsm.com; Joshua Severit <jseverit@mgmlaw.com>; Janice Sova <jsova@mgmlaw.com>; David Fisher <dfisher@mgmlaw.com>; Maggie Weilmuenster <mweilmuenster@mgmlaw.com>; Daniel R. Olsen <dolsen@mgmlaw.com>; Olsen_law@comcast.net; Talis Abolins <tabolins@mctlaw.com>; Jocelyn Stewart <jocelyn@ucmj-defender.com>
**Subject:** LeDoux v. Outliers, Inc. et al.; No. 3:24-cv-05808-TMC

---

**ATTENTION EXTERNAL EMAIL:** Use Caution with attachments and links!

Good afternoon Mr. Freiman and Mr. Bartley,

Thank you for your email conveying that your office represents Sameer Anand and Maranda Lujajohnson. Attached find Notices of Intent to Subpoena with 10-days notice and a Subpoena dated for service on May 19, 2025. Thank you for accepting receipt of the subpoenas on behalf of your clients.

Plaintiff would like to depose both witnesses within 2 weeks of receipt of their document production. Please provide dates of availability for both witnesses between June 19 - July 3. We will schedule the deposition and send an updated Subpoena and zoom link upon confirmation.

Thank you.

Jen L. Bassetti-Sirjesse

**Litigation Paralegal**

Law Office of Jocelyn C Stewart, Corp.
1201 Pacific Avenue, Suite 600
Tacoma, WA 98402

**Myles K. Bartley**
Partner



620 Eighth Ave
38th Floor
New York, NY 10018-1442
Phone 212 508 0423
Mobile 347 563 4063
Fax 212 308 9079
MBartley@phillipslytle.com
www.phillipslytle.com
Download vCard


Think before you print and save a tree.

This electronic transmission and any attachments hereto are intended only for the use of the individual or entity to which it is addressed and may contain confidential information belonging to the sender which is protected by the attorney-client privilege. If you have reason to believe that you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this electronic transmission is strictly prohibited. If you have reason to believe that you have received this transmission in error, please notify immediately by return e-mail and delete and destroy this communication.

**WARNING**: E-mail communications cannot be guaranteed to be timely, secure, error-free or virus-free. The recipient of this communication should check this e-mail and each attachment for the presence of viruses. The sender does not accept any liability for any errors or omissions in the content of this electronic communication which arises as a result of e-mail transmission.



Jocelyn Stewart <jocelyn@ucmj-defender.com>

## RE: Anand v. LeDoux - Order - SDNY Judge Ho
1 message

**Michael W. Held** <MHeld@phillipslytle.com>  Wed, Jul 16, 2025 at 9:14 AM
To: Jocelyn Stewart <jocelyn@ucmj-defender.com>, Talis Abolins <tabolins@mctlaw.com>
Cc: Laura Bennett Weber <lweber@phillipslytle.com>, Jen Bassetti <jen@ucmj-defender.com>, "Myles K. Bartley" <MBartley@phillipslytle.com>

**ATTENTION EXTERNAL EMAIL:** Use Caution with attachments and links!

Ms. Stewart,

Please find the proposed joint letter to the court attached for your review. If you disagree to the positions provided in the letter, please send over your edits.

Kind regards,

Mike

**From:** Myles K. Bartley <MBartley@phillipslytle.com>
**Sent:** Tuesday, July 15, 2025 1:42 PM
**To:** Jocelyn Stewart <jocelyn@ucmj-defender.com>
**Cc:** Michael W. Held <MHeld@phillipslytle.com>; tabolins@mctlawyers.com; Laura Bennett Weber <lweber@phillipslytle.com>; Talis Abolins <tabolins@mctlaw.com>; Jen Bassetti <jen@ucmj-defender.com>
**Subject:** Re: Anand v. LeDoux - Order - SDNY Judge Ho

I see that Jen beat me to the punch.

We're on for 11 ET.

See you then.

Best regards,

Myles

> On Jul 15, 2025, at 1:38 PM, Myles K. Bartley <MBartley@phillipslytle.com> wrote:
>
> Just so we're clear.

11 ET works for me (and you, apparently). Noon ET does NOT work for me.

So I'll send a Zoom invite for 11 ET tomorrow, ok?

Best regards,

Myles

On Jul 15, 2025, at 1:32 PM, Jocelyn Stewart <jocelyn@ucmj-defender.com> wrote:

**ATTENTION EXTERNAL EMAIL:** Use Caution with attachments and links!

Apologies. I had intended 11am EST. But yes 12pm EST works for me as well.

Ms. Stewart

JOCELYN C STEWART

Civilian Defense Counsel

Law Office of Jocelyn C Stewart

1201 Pacific Ave.

Suite 600

Tacoma, WA 98402

TikTok: @MessyMilitaryLawyer

Instagram: @MessyMilitaryLawyer

Podcast: Patreon - Where All the Bodies Are Buried

On Jul 15, 2025, at 1:30 PM, Myles K. Bartley <MBartley@phillipslytle.com> wrote:

Jocelyn,

I am not available at 11PT/2ET. Would 12PT/3ET work?

Best regards,

Myles

> On Jul 15, 2025, at 1:15 PM, Jocelyn Stewart <jocelyn@ucmj-defender.com> wrote:

> **ATTENTION EXTERNAL EMAIL:** Use Caution with attachments and links!

> Mr. Held,

> You would do well to actually send emails to their correct address. As others in your firm have in the past. There is no mctlawyer email address. Remove it from your contact. Mr. Abolins' correct email address, which your firm has managed to find when you desire, is above, cc'd. Always copy jen@ucmj-defender.com when you purport to communicate with me.

> I am available to meet and confer tomorrow at 11am PST. It should not take long.

> Ms. Stewart

> JOCELYN C. STEWART

> Law Office of Jocelyn C Stewart, Corp.

> 1201 Pacific Avenue, Suite 600

> Tacoma, WA 98407

> TikTok: @MessyMilitaryLawyer

> Podcast: Patreon- Where All the Bodies Are Buried

On Jul 15, 2025, at 12:37 PM, Michael W. Held <MHeld@phillipslytle.com> wrote:

**ATTENTION EXTERNAL EMAIL:** Use Caution with attachments and links!

Counselors,

Please find the attached Order issued by the Hon. Dale E. Ho in the SDNY.

Pursuant to the Order, please let me know if you are available for a meet and confer with Mr. Bartley on:

- Wednesday 7/16, morning to 11:30AM EST,  3:00PM to 4:30PM EST; or
- Thursday, 7/17, at any time until 3:00PM EST.

Thank you,

Mike Held

**Michael W. Held**
Associate



One Canalside
125 Main Street
Buffalo, NY 14203-2887
Phone 716 504 5783
Fax 716 852 6100
MHeld@phillipslytle.com
www.phillipslytle.com
Download vCard



Think before you print and save a tree.

This electronic transmission and any attachments hereto are intended only for the use of the individual or entity to which it is addressed and may contain confidential information belonging to the sender which is protected by the attorney-client privilege. If you have reason to believe that you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this electronic transmission is strictly prohibited. If you have reason to believe that you have received this transmission in error, please notify immediately by return e-mail and delete and destroy this communication.

**WARNING**: E-mail communications cannot be guaranteed to be timely, secure, error-free or virus-free. The recipient of this communication should check this e-mail and each attachment for the presence of viruses. The sender does not accept any liability for any errors or omissions in the content of this electronic communication which arises as a result of e-mail transmission.

<2025.07.14 Order-C-C.pdf>

**Myles K. Bartley**
Partner



620 Eighth Ave
38th Floor
New York, NY 10018-1442
Phone 212 508 0423
Mobile 347 563 4063
Fax 212 308 9079
MBartley@phillipslytle.com
www.phillipslytle.com
Download vCard



Think before you print and save a tree.

This electronic transmission and any attachments hereto are intended only for the use of the individual or entity to which it is addressed and may contain confidential information belonging to the sender which is protected by the attorney-client privilege. If you have reason to believe that you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this electronic transmission is strictly prohibited. If you have reason to believe that you have received this transmission in error, please notify immediately by return e-mail and delete and destroy this communication.

**WARNING**: E-mail communications cannot be guaranteed to be timely, secure, error-free or virus-free. The recipient of this communication should check this e-mail and

each attachment for the presence of viruses. The sender does not accept any liability for any errors or omissions in the content of this electronic communication which arises as a result of e-mail transmission.

📄 **S. Anand - Joint Ltr to Judge Ho re_ meet and confer 7-16-25-C.pdf**
130K