# EXHIBIT 49



Jocelyn Stewart <jocelyn@ucmj-defender.com>

## Fwd: Canceled Reservation: Your August 09 trip
1 message

**Yahoo!** <jocelyn_stewart@yahoo.com>  Wed, Jul 23, 2025 at 8:10 PM
To: Jocelyn Stewart <jocelyn@ucmj-defender.com>

Sent from my iPhone

Begin forwarded message:

> **From:** Alaska Airlines <service@ifly.alaskaair.com>
> **Date:** July 9, 2025 at 3:14:51 PM PDT
> **To:** jocelyn_stewart@yahoo.com
> **Subject: Canceled Reservation: Your August 09 trip**
> **Reply-To:** Alaska Airlines <customer.service@ifly.alaskaair.com>



# Purchased reservation cancellation

July 9, 2025

Thank you for choosing Alaska Airlines. The following reservation has been canceled and refunded to the original form of payment.

| Traveler name(s): | Ticket number(s): |
|---|---|
| Jocelyn Stewart | 0272110866143 |

Confirmation code: LLCPIO

**ITINERARY**

✈ **SEA / LAS**

Seattle, WA / Las Vegas, NV

Saturday, August 9, 2025

Alaska Airlines 600

✈ **LAS / SEA**

Las Vegas, NV / Seattle, WA

Tuesday, August 12, 2025

Alaska Airlines 629

| **Fare summary** | **(USD)** |
|---|---|
| Base: | $641.86 |
| Taxes: | $78.74 |
| Total: | $720.60 |

Refunds for seat upgrades or other add-ons to your booking will be processed separately. You'll receive an update on those purchases within 7-20 days.

If you need to book a new flight, explore now.

This is an auto-generated email. If you have any questions, please call Alaska Airlines at 1-800-ALASKAAIR (1-800-252-7522).

We hope to see you another time,
Alaska Airlines

Book  |  My account  |  Preferences  |  Contact us  |  **oneworld**®

  

This email was sent to jocelyn_stewart@yahoo.com

Alaska Airlines, PO Box 68900, Seattle, WA 98168-0900.
© 2025 Alaska Airlines. All rights reserved.

View our privacy notice or contact us.
OFOP_wFees

