# EXHIBIT 50



Jocelyn Stewart <jocelyn@ucmj-defender.com>

---

**Fwd: Your confirmation receipt: QPHWQD for your flight on 7/13/25.**
1 message

---

**Yahoo!** <jocelyn_stewart@yahoo.com>                                    Wed, Jul 23, 2025 at 8:10 PM
To: Jocelyn Stewart <jocelyn@ucmj-defender.com>

Sent from my iPhone

Begin forwarded message:

> **From:** Alaska Airlines <service@ifly.alaskaair.com>
> **Date:** July 11, 2025 at 10:19:29 PM PDT
> **To:** jocelyn_stewart@yahoo.com
> **Subject: Your confirmation receipt: QPHWQD for your flight on 7/13/25.**
> **Reply-To:** Alaska Airlines <customer.service@ifly.alaskaair.com>





# Jocelyn,
# you're all set.

We can't wait to see you on board. Before you fly, view full
reservation details or make changes to your flight online.

MANAGE TRIP

Confirmation code:

# <u>QPHWQD</u>

**Alaska Airlines**

Flight 26

Boeing 737MAX 9

Passenger

**Traveler(s)**

Jocelyn Stewart

Seat: 17E Class: B (COACH)

| | | |
|---|---|---|
| **Sun, Jul 13**<br>**08:05 AM** | ✈ | **Sun, Jul 13**<br>**04:29 PM** |
| **SEA** | | **JFK** |
| Seattle | | New York |

**Alaska Airlines**

Flight 23

Boeing 737MAX 9

Passenger

**Traveler(s)**

Jocelyn Stewart

Seat: 17B Class: L (COACH)



**Tue, Jul 15**
**01:00 PM**

# JFK

New York

**Tue, Jul 15**
**04:08 PM**

# SEA

Seattle

## Summary of airfare charges

Jocelyn Stewart
*Mileage Plan # *****8966*
Ticket 0272111200931

| | |
|---|---|
| Base fare and surcharges | $1,093.95 |
| Taxes and other fees | $112.65 |
| Per-person total | $1,206.60 |

| | |
|---|---|
| **Total charges for air travel** | **$1,206.60** |

[View all taxes, fees and charges](#).

Nonrefundable fare of $1,206.60 to be charged to the AMEX card with number AX2004 held by Jocelyn Stewart on Jul 12, 2025.

## Trip insurance by Allianz Global Assistance

Purchase travel insurance benefits and travel assistance services for your trip from [Allianz Global Assistance](#). [Learn more](#).



# Make sure you have the right ID

State-issued driver's licenses that aren't Real ID-compliant will not be accepted for your flight.

## Here are some of the REAL ID-compliant forms of ID:

> Valid Passport

> U.S. Passport Card

> U.S. Department of Defense ID

> Global Entry ID

> REAL ID or Enhanced ID Card

> REAL ID or Enhanced Driver's License

All REAL ID options

## Find the perfect car rental
## for your trip!

Car hire in **New York: JFK International Airport**



### A world of car rental awaits

From eco-conscious and family friendly options to business luxury.
Powered by our long-term car rental partners.

There's a vehicle for every trip type.

**SEARCH MORE CARS**



# Find your home away from home.

Earn or redeem miles when booking a stay with Alaska Vacations.

Alaska Airlines Visa Signature® cardholders will earn three miles per dollar spent on eligible pre-paid stays. Terms apply

SEARCH STAYS

# Before you fly

**Baggage**

**Carry-on baggage:** On Alaska Airlines flights, each traveler is limited to one carry-on bag plus one personal item. See our carry-on baggage

page for the latest policies and size information.

**Checked baggage:** Alaska Airlines rules and fees apply for this itinerary. More than one fee may apply to a bag. For example, the checked bag fee + oversize fee. See the checked baggage page for details and exceptions.

Alaska Airlines baggage service guarantee: Get your bag in 20 minutes or less, guaranteed.

**Fees listed below are for one-way travel.**

**Standard**

| Carry-on | Checked bag #1 | Checked bag #2 | Checked bag #3 | Checked bag #4+ | Overweight bag* | Oversize bag** | Oversize bag*** |
|---|---|---|---|---|---|---|---|
| Free | $35 | $45 | $150 | $150/bag | $100/bag | $150/bag | $150/bag |

**Club 49™ member**

| Carry-on | Checked bag #1 | Checked bag #2 | Checked bag #3 | Checked bag #4+ | Overweight bag* | Oversize bag** | Oversize bag*** |
|---|---|---|---|---|---|---|---|
| Free | Free[1] | Free[1] | $150 | $150/bag | $100/bag | $150/bag | $150/bag |

**MVP & MVP Gold** level Mileage Plan™

| Carry-on | Checked bag #1 | Checked bag #2 | Checked bag #3 | Checked bag #4+ | Overweight bag* | Oversize bag** | Oversize bag*** |
|---|---|---|---|---|---|---|---|
| Free | Free[2] | Free[2] | $150 | $150/bag | $100/bag | $150/bag | $150/bag |

**MVP Gold 75K & MVP Gold 100K** level Mileage Plan™

| Carry-on | Checked bag #1 | Checked bag #2 | Checked bag #3 | Checked bag #4+ | Overweight bag* | Oversize bag** | Oversize bag*** |
|---|---|---|---|---|---|---|---|
| Free | Free[2] | Free[2] | Free[2] | $150/bag[6] | $100/bag | $150/bag | $150/bag |

**one**world® **Ruby** & **Sapphire members** Companions are subject to Alaska's standard baggage fees.

| Carry-on | Checked bag #1 | Checked bag #2 | Checked bag #3 | Checked bag #4+ | Overweight bag* | Oversize bag** | Oversize bag*** |
|---|---|---|---|---|---|---|---|
| Free | Free[7] | Free[7] | $150 | $150/bag | $100/bag | $150/bag | $150/bag |

**one**world® **Emerald members** Companions are subject to Alaska's standard baggage fees.

| Carry-on | Checked bag #1 | Checked bag #2 | Checked bag #3 | Checked bag #4+ | Overweight bag* | Oversize bag** | Oversize bag*** |
|---|---|---|---|---|---|---|---|
| Free | Free[7] | Free[7] | Free[7] | $150/bag[6] | $100/bag | $150/bag | $150/bag |

**Eligible Alaska Airlines** credit card holders

| Carry-on | Checked bag #1 | Checked bag #2 | Checked bag #3 | Checked bag #4+ | Overweight bag* | Oversize bag** | Oversize bag*** |
|---|---|---|---|---|---|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Free | Free[3] | $45 | $150 | $150/bag | $100/bag | $150/bag | $150/bag |

### Passengers confirmed in First Class at the time of check-in

| Carry-on | Checked bag #1 | Checked bag #2 | Checked bag #3 | Checked bag #4+ | Overweight bag* | Oversize bag** | Oversize bag*** |
|---|---|---|---|---|---|---|---|
| Free | Free[4] | Free[4] | $150 | $150/bag | $100/bag | $150/bag | $150/bag |

### Passengers traveling wholly in the state of Alaska*

| Carry-on | Checked bag #1 | Checked bag #2 | Checked bag #3 | Checked bag #4+ | Overweight bag* | Oversize bag** | Oversize bag*** |
|---|---|---|---|---|---|---|---|
| Free | Free | Free | Free | $150/bag[6] | $100/bag | $150/bag | $150/bag |

### Active duty US military

| Carry-on | Checked bag #1 | Checked bag #2 | Checked bag #3 | Checked bag #4+ | Overweight bag* | Oversize bag** | Oversize bag*** |
|---|---|---|---|---|---|---|---|
| Free | Free | Free | Free | Free up to 5, then $150 | Free up to 70lbs, then $100 | No additional charge | No additional charge |

### US military dependents on travel orders

| Carry-on | Checked bag #1 | Checked bag #2 | Checked bag #3 | Checked bag #4+ | Overweight bag* | Oversize bag** | Oversize bag*** |
|---|---|---|---|---|---|---|---|
| Free | Free | Free | Free | Free up to 5, then $150 | Free up to 70lbs, then $100 | No additional charge | No additional charge |

* **51-100 lbs**

** **63-80" linear**

*** **80-115" linear**

[1] Reservation must contain at least one Alaskan city. Refer to Club 49 terms and conditions for more information.

[2] Includes companions traveling with and booked in the same reservation as the Alaska Airlines elite level Mileage Plan™. For group bookings made by the Alaska Airlines group desk, only the actual elite member receives the baggage fee waiver. All other passengers in a group reservation are subject to Alaska's standard baggage fees.

[3] Includes companions traveling with and booked in the same reservation as the cardholder. Refer to full terms and conditions for more information.

[4] Passengers upgraded after baggage has been accepted are not eligible for refund of baggage fees paid.

[5] Passengers are allowed one bag measuring no more than 22" x 14" x 9" or 45 linear inches (including wheels and handle), plus one personal item such as a purse, briefcase, or laptop bag.

[6] Alaska Gold 75K Mileage Plan Members and oneworld Emeralds may check up to 4 bags for free for itineraries wholly within the State of Alaska. Restrictions may apply.

[7] For group bookings made by the Alaska Airlines group desk, only the actual elite member receives the baggage fee waiver. All other passengers in a group reservation are subject to Alaska's standard baggage fees.

Alaska Airlines baggage service guarantee: Get your bag in 20 minutes or less, guaranteed.

The federal government has specific restrictions about hazardous materials in carry-on and checked baggage. Failure to declare hazardous materials may result in civil and criminal penalties. For more information, visit the FAA website.

Book | My account | Preferences | Contact us | oneworld

  

Please review important information about your consumer rights and our limitations of liability. You may also wish to review the contract of carriage applicable to your trip.

Reference number TL04358685. Requested at 7/12/25 05:11 AM.

This credit card program is issued and administered by Bank of America, N.A. Visa and Visa Signature are registered trademarks of Visa International Service Association and are used by the issuer pursuant to license from Visa U.S.A. Inc.

This email was sent to jocelyn_stewart@yahoo.com.

Alaska Airlines, PO Box 68900, Seattle, WA 98168-0900.
© 2025 Alaska Airlines. All rights reserved.

View our privacy notice or contact us.

