# EXHIBIT 51



Jocelyn Stewart <jocelyn@ucmj-defender.com>

## Fwd: Here's Your Wi-Fi Onboard Receipt - Check Out Your Purchase Details! - Order #416478523MPAS
1 message

**Jocelyn Stewart** <jocelyn@ucmj-defender.com>
To: Jocelyn Stewart <jocelyn@ucmj-defender.com>

JOCELYN C. STEWART
Law Office of Jocelyn C Stewart, Corp.
1201 Pacific Avenue, Suite 600
Tacoma, WA 98407

TikTok: @MessyMilitaryLawyer

Podcast: Patreon- Where All the Bodies Are Buried

Begin forwarded message:

> **From:** Wi-Fi Onboard <info@info.wifionboard.com>
> **Date:** July 13, 2025 at 10:45:07 AM PDT
> **To:** jocelyn@ucmj-defender.com
> **Subject: Here's Your Wi-Fi Onboard Receipt - Check Out Your Purchase Details! - Order #416478523MPAS**
> **Reply-To:** Wi-Fi Onboard <support@wifionboard.com>

Web browser



### Thanks for your purchase!

You can view your purchase history at any time by visiting My Account.

Customer: Jocelyn Stewart
Email Address: jocelyn@ucmj-defender.com
Order: 416478523MPAS
Date: 7/13/25, 10:44:48 AM GMT-07:00

Purchase Summary

| | |
|---|---|
| Alaska Airlines Plan | $ 49.95 |
| Tax | $ 0.00 |
| Payment type: VISA ***6861 | |
| **Total paid** | **$ 49.95** |

My Account  |  Contact Us  |  Passes & Products

This email was sent to jocelyn@ucmj-defender.com because you have made a Wi-Fi Onboard purchase.
**Change your email preferences or unsubscribe.**

Terms of Use | Privacy Policy

© 2025 Intelsat LLC. All rights reserved. All trademarks are the property of their respective owners.
111 N Canal St | Chicago, IL 60606 | USA