# EXHIBIT 52



Jocelyn Stewart <jocelyn@ucmj-defender.com>

---

## RE: Motion to Quash Subpoena issued to Sameer Anand - 1:25-mc-00298
1 message

---

**Michael W. Held** <MHeld@phillipslytle.com>   Mon, Jul 14, 2025 at 10:49 AM
To: Jocelyn Stewart <jocelyn@ucmj-defender.com>
Cc: "Myles K. Bartley" <MBartley@phillipslytle.com>

**ATTENTION EXTERNAL EMAIL:** Use Caution with attachments and links!

Ms. Stewart,

Just following up to confirm the following has been received.

Thank you,

Mike

---

**From:** Michael W. Held
**Sent:** Saturday, July 12, 2025 1:21 PM
**To:** jocelyn@ucmj-defender.com; tabolins@mctlawyers.com
**Cc:** Myles K. Bartley <MBartley@phillipslytle.com>
**Subject:** Motion to Quash Subpoena issued to Sameer Anand - 1:25-mc-00298

Counselors,

Please find the attached courtesy copy of Mr. Sameer Anand's Motion to Quash, sent via mail and filed yesterday, July 12th, in the SDNY.

Very truly yours,

Mike

Michael W. Held
Associate



One Canalside

125 Main Street
Buffalo, NY 14203-2887
Phone 716 504 5783
Fax 716 852 6100
MHeld@phillipslytle.com
www.phillipslytle.com
Download vCard



This electronic transmission and any attachments hereto are intended only for the use of the individual or entity to which it is addressed and may contain confidential information belonging to the sender which is protected by the attorney-client privilege. If you have reason to believe that you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this electronic transmission is strictly prohibited. If you have reason to believe that you have received this transmission in error, please notify immediately by return e-mail and delete and destroy this communication.

**WARNING**: E-mail communications cannot be guaranteed to be timely, secure, error-free or virus-free. The recipient of this communication should check this e-mail and each attachment for the presence of viruses. The sender does not accept any liability for any errors or omissions in the content of this electronic communication which arises as a result of e-mail transmission.

---

**Motion to Quash with supporting papers-C.pdf**
7464K