# EXHIBIT 53



Jocelyn Stewart <jocelyn@ucmj-defender.com>

### Re: Motion to Quash Subpoena issued to Sameer Anand - 1:25-mc-00298
1 message

**Michael Cowgill** <mcowgill@mctlaw.com>  Mon, Jul 14, 2025 at 1:22 PM
To: Jen Bassetti <jen@ucmj-defender.com>
Cc: Talis Abolins <tabolins@mctlaw.com>, Jocelyn Stewart <jocelyn@ucmj-defender.com>

Just forwarded. Thanks.

Michael Cowgill, Partner
mcowgill@mctlaw.com

mctlaw
1515 Ringling Blvd, Suite 700
Sarasota, FL 34236
Office: 888.952.5242



This message is personal and confidential. If you have received it and it is not intended for you, please delete the message immediately and via reply e-mail inform the sender of your unintended receipt of the message. No attorney-client relationship can be established with **mctlaw** absent a signed retainer agreement signed by an authorized attorney from **mctlaw**.

---

**From:** Jen Bassetti <jen@ucmj-defender.com>
**Sent:** Monday, July 14, 2025 4:15 PM
**To:** Michael Cowgill <mcowgill@mctlaw.com>
**Cc:** Talis Abolins <tabolins@mctlaw.com>; Jocelyn Stewart <jocelyn@ucmj-defender.com>
**Subject:** Re: Motion to Quash Subpoena issued to Sameer Anand - 1:25-mc-00298

You don't often get email from jen@ucmj-defender.com. Learn why this is important

Hi Michael,

Can you please forward that email you forwarded to Talis and I that his email was wrong. I also responded and I thought I copied you on my response.

Thanks.

*Jen L. Bassetti-Sirjesse*
**Litigation Paralegal**
Law Office of Jocelyn C Stewart, Corp.
1201 Pacific Avenue, Suite 600
Tacoma, WA 98402

**From:** Talis Abolins <tabolins@mctlaw.com>
**Sent:** Monday, July 14, 2025 12:51 PM
**To:** Jocelyn Stewart <jocelyn@ucmj-defender.com>; Jen Bassetti <jen@ucmj-defender.com>
**Subject:** Fw: Motion to Quash Subpoena issued to Sameer Anand - 1:25-mc-00298

Michael never got it either.

Talis Abolins, Of Counsel
tabolins@mctlaw.com | 206.487.7371

mctlaw
1325 4th Ave. Suite 1730
Seattle, WA 98101
Office: 888.952.5242



This message is personal and confidential. If you have received it and it is not intended for you, please delete the message immediately and via reply e-mail inform the sender of your unintended receipt of the message. No attorney-client relationship can be established with **mctlaw** absent a signed retainer agreement signed by an authorized attorney from **mctlaw**.

---

**From:** Michael Cowgill <mcowgill@mctlaw.com>
**Sent:** Monday, July 14, 2025 12:49 PM
**To:** Talis Abolins <tabolins@mctlaw.com>
**Subject:** Re: Motion to Quash Subpoena issued to Sameer Anand - 1:25-mc-00298

I did not. They had your email wrong in that one recent email I forwarded as well, but that was not for service of this motion.

---

**From:** Talis Abolins <tabolins@mctlaw.com>
**Sent:** Monday, July 14, 2025 3:14 PM
**To:** Michael Cowgill <mcowgill@mctlaw.com>
**Subject:** Fw: Motion to Quash Subpoena issued to Sameer Anand - 1:25-mc-00298

Did you ever get this?

---

**From:** Talis Abolins <tabolins@mctlaw.com>
**Sent:** Monday, July 14, 2025 12:02 PM
**To:** Jocelyn Stewart <jocelyn@ucmj-defender.com>; Jen Bassetti <jen@ucmj-defender.com>
**Subject:** Re: Motion to Quash Subpoena issued to Sameer Anand - 1:25-mc-00298

They sent it to the wrong email address.  How about yours?

---

**From:** Jocelyn Stewart <jocelyn@ucmj-defender.com>
**Sent:** Monday, July 14, 2025 11:53 AM

**To:** Jen Bassetti <jen@ucmj-defender.com>
**Cc:** Talis Abolins <tabolins@mctlaw.com>
**Subject:** Fwd: Motion to Quash Subpoena issued to Sameer Anand - 1:25-mc-00298

Talis,

Please confirm you never got this email from Saturday. I didn't. I suspect they manufactured it.


JOCELYN C. STEWART
Law Office of Jocelyn C Stewart, Corp.
1201 Pacific Avenue, Suite 600
Tacoma, WA 98407

TikTok: @MessyMilitaryLawyer

Podcast: Patreon- Where All the Bodies Are Buried

Begin forwarded message:

> **From:** "Michael W. Held" <MHeld@phillipslytle.com>
> **Date:** July 14, 2025 at 1:49:54 PM EDT
> **To:** Jocelyn Stewart <jocelyn@ucmj-defender.com>
> **Cc:** "Myles K. Bartley" <MBartley@phillipslytle.com>
> **Subject: RE: Motion to Quash Subpoena issued to Sameer Anand - 1:25-mc-00298**
>
> **ATTENTION EXTERNAL EMAIL:** Use Caution with attachments and links!
>
> Ms. Stewart,
>
> Just following up to confirm the following has been received.
>
> Thank you,
> Mike
>
> ---
>
> **From:** Michael W. Held
> **Sent:** Saturday, July 12, 2025 1:21 PM
> **To:** jocelyn@ucmj-defender.com; tabolins@mctlawyers.com
> **Cc:** Myles K. Bartley <MBartley@phillipslytle.com>
> **Subject:** Motion to Quash Subpoena issued to Sameer Anand - 1:25-mc-00298
>
> Counselors,
>
> Please find the attached courtesy copy of Mr. Sameer Anand's Motion to Quash, sent via mail and filed yesterday, July 12th, in the SDNY.
>
> Very truly yours,
> Mike
>
> **Michael W. Held**
> Associate



One Canalside
125 Main Street
Buffalo, NY 14203-2887
Phone 716 504 5783
Fax 716 852 6100
MHeld@phillipslytle.com
www.phillipslytle.com
Download vCard



This electronic transmission and any attachments hereto are intended only for the use of the individual or entity to which it is addressed and may contain confidential information belonging to the sender which is protected by the attorney-client privilege. If you have reason to believe that you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this electronic transmission is strictly prohibited. If you have reason to believe that you have received this transmission in error, please notify immediately by return e-mail and delete and destroy this communication.

**WARNING**: E-mail communications cannot be guaranteed to be timely, secure, error-free or virus-free. The recipient of this communication should check this e-mail and each attachment for the presence of viruses. The sender does not accept any liability for any errors or omissions in the content of this electronic communication which arises as a result of e-mail transmission.