# EXHIBIT 55

Outlook

Activity in Case 3:24-cv-05808-TMC LeDoux v. Outliers Inc et al Discovery Hearing

| | |
|---|---|
| From | ECF@wawd.uscourts.gov <ECF@wawd.uscourts.gov> |
| Date | Wed 6/4/2025 1:55 PM |
| To | ECF@wawd.uscourts.gov <ECF@wawd.uscourts.gov> |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## U.S. District Court

## United States District Court for the Western District of Washington

## Notice of Electronic Filing

The following transaction was entered on 6/4/2025 at 1:54 PM PDT and filed on 6/4/2025
**Case Name:**      LeDoux v. Outliers Inc et al
**Case Number:**    3:24-cv-05808-TMC
**Filer:**
**Document Number:** 101(No document attached)

**Docket Text:**
MINUTE ENTRY for **Discovery Hearing** held on 6/4/2025 before District Judge Tiffany M. Cartwright- Dep Clerk: *Mary Trent*; Pla Counsel: *Joceyln Stewart, Talis Abolins*; Def Counsel: *Richard Houghton, Daniel Olsen, Christian McGuire*; CR: *Angela Nicolavo*; Time of Hearing: *1:30 PM*; Courtroom: *Zoom*; Court hears from counsel re [99] JOINT STATUS REPORT of Discovery and rules on issues as stated on the record and will issue a minute order summarizing ruling. (MET)

**3:24-cv-05808-TMC Notice has been electronically mailed to:**

Talis M Abolins      tabolins@mctlaw.com, 7284434420@filings.docketbird.com, jbassetti@mctlaw.com

Kevin J Craig      kcraig@grsm.com, seaasbestos@grsm.com

Jeremy E Roller      jroller@aretelaw.com, jfischer@aretelaw.com, kgreenberg@aretelaw.com

Laurie Miller Friedl    lfriedl@grsm.com

David J. Fisher    dfisher@mgmlaw.com, jseverit@mgmlaw.com, jsova@mgmlaw.com

Joshua N Severit    jseverit@mgmlaw.com, lbradley@mgmlaw.com

Richard Houghton    rhoughton@mbssmartlaw.com, qmurphy@mbssmartlaw.com

Jocelyn Christine Stewart    jocelyn@ucmj-defender.com, jen@ucmj-defender.com

Daniel Olsen    dolsen@mgmlaw.com

Christian McGuire    cmcguire@mbssmartlaw.com

Michelle Stratton    mstratton@mbssmartlaw.com

**3:24-cv-05808-TMC Notice will not be electronically mailed to:**