# EXHIBIT 56

 Outlook

## Activity in Case 3:24-cv-05808-TMC LeDoux v. Outliers Inc et al Minute Order

| | |
|---|---|
| From | ECF@wawd.uscourts.gov <ECF@wawd.uscourts.gov> |
| Date | Wed 6/4/2025 2:08 PM |
| To | ECF@wawd.uscourts.gov <ECF@wawd.uscourts.gov> |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

U.S. District Court

United States District Court for the Western District of Washington

### Notice of Electronic Filing

The following transaction was entered on 6/4/2025 at 2:08 PM PDT and filed on 6/4/2025
**Case Name:**     LeDoux v. Outliers Inc et al
**Case Number:**   3:24-cv-05808-TMC
**Filer:**
**Document Number:** 102(No document attached)

**Docket Text:**
**MINUTE ORDER. For the reasons stated on the record, Dkt. [100], the Court ORDERS the following: 1) Defendants are GRANTED a Protective Order stating that Defendants need not respond to Set Two of Plaintiff's discovery requests, Dkt. [98], except for those requests that pertain to Plaintiff's transaction records; 2) Defendants are GRANTED a Protective Order stating that Defendants need not respond to Set Three of Plaintiff's discovery requests, Dkt. [98], with the exception of Section D. Defendants are ORDERED to comply with these requests. All claims of privilege must be documented on a privilege log; and 3) If plaintiff believes there are additional documents that go to Defendant Freed's credibility and are proportional to the needs of the case, Plaintiff may file motion to compel with full briefing as to the topic with the standard word limit. Authorized by District Judge Tiffany M. Cartwright. (MW)**

**3:24-cv-05808-TMC Notice has been electronically mailed to:**

Talis M Abolins     tabolins@mctlaw.com, 7284434420@filings.docketbird.com, jbassetti@mctlaw.com

Kevin J Craig     kcraig@grsm.com, seaasbestos@grsm.com

Jeremy E Roller     jroller@aretelaw.com, jfischer@aretelaw.com, kgreenberg@aretelaw.com

Laurie Miller Friedl     lfriedl@grsm.com

David J. Fisher     dfisher@mgmlaw.com, jseverit@mgmlaw.com, jsova@mgmlaw.com

Joshua N Severit     jseverit@mgmlaw.com, lbradley@mgmlaw.com

Richard Houghton     rhoughton@mbssmartlaw.com, qmurphy@mbssmartlaw.com

Jocelyn Christine Stewart     jocelyn@ucmj-defender.com, jen@ucmj-defender.com

Daniel Olsen     dolsen@mgmlaw.com

Christian McGuire     cmcguire@mbssmartlaw.com

Michelle Stratton     mstratton@mbssmartlaw.com

**3:24-cv-05808-TMC Notice will not be electronically mailed to:**